IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>OUR ALCHEMY, LLC, *et al.*[1]<br><br>      Debtors. | Chapter 7<br><br>Case No. 16-11596 (KG)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, IN HIS CAPACITY AS CHAPTER 7 TRUSTEE FOR THE JOINTLY ADMINISTERED BANKRUPTCY ESTATES OF OUR ALCHEMY, LLC AND ANDERSON DIGITAL, LLC,<br><br>      Plaintiff,<br>v.<br><br>ANCONNECT, LLC; ANDERSON MERCHANDISERS, LLC; ANDERSON MERCHANDISERS CANADA, INC.; OA INVESTMENT PARTNERS LLC; OA INVESTMENT HOLDINGS LLC; VIRGO INVESTMENT GROUP, LLC; VIRGO SOCIETAS PARTNERS, LLC; VIRGO SOCIETAS PARTNERSHIP III (ONSHORE), L.P.; VIRGO SOCIETAS PARTNERSHIP III (OFFSHORE), L.P.; VIRGO SERVICE COMPANY LLC; ARC ENTERTAINMENT, LLC; ARDON MOORE; MARK PEREZ; JESSE WATSON; TODD DORFMAN; BILL LEE; STEPHEN LYONS; and FREYR THOR,<br><br>      Defendants. | Adv. No. 18-50633 (KG) |

**SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
IN AN ADVERSARY PROCEEDING**

**YOU ARE SUMMONED** and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within **30** days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

---

[1] The Debtors are: Our Alchemy, LLC, Case No. 16-11596 and Anderson Digital, LLC, Case No. 16-11597.

1

| **Address of Clerk:** | United States Bankruptcy Court |
| --- | --- |
| | District of Delaware |
| | 824 Market Street |
| | 3rd Floor |
| | Wilmington, DE 19801 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's following attorneys.

| John T. Carroll, III, Esquire | Steven M. Coren, Esquire |
| --- | --- |
| Cozen O'Connor | Benjamin M. Mather, Esquire |
| 1201 North Market Street | Andrew J. Belli, Esquire |
| Suite 1001 | Kaufman, Coren & Ress, P.C. |
| Wilmington, DE 19801 | Two Commerce Square, Suite 3900 |
| Phone: 302-295-2000 | 2001 Market Street |
| Fax:   302-295-2013 | Philadelphia, PA 19103 |
| | Phone: 215-735-8700 |
| | Fax:   215-735-5170 |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**YOU ARE NOTIFIED** that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| **Address:** | **Room:** |
| --- | --- |
| United States Bankruptcy Court | 6th Floor Courtroom No. 3 |
| District of Delaware | |
| 824 Market Street | **Date and Time:** |
| Wilmington, DE 19801 | October 30, 2018 at 10:00 a.m. (ET) |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

/s/ Una O'Boyle
*Clerk of the Bankruptcy Court*

**United States Bankruptcy Court for the District of Delaware**



Dated: July 20, 2018