IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| OUR ALCHEMY, LLC, *et al.,*[1] | Case No. 16-11596 (KG) |
| Debtors. | (Jointly Administered) |
| GEORGE L. MILLER, IN HIS CAPACITY AS CHAPTER 7 TRUSTEE FOR THE JOINTLY ADMINISTERED BANKRUPTCY ESTATES OF OUR ALCHEMY, LLC, AND ANDERSON DIGITAL, LLC, | |
| Plaintiff, | |
| v. | Adv. No. 18-50633 (KG) |
| ANCONNECT, LLC, *et al.,* | |
| Defendants. | |

## **DEFENDANT FREYR THOR'S ANSWER TO COMPLAINT**

Freyr Thor, ("Thor"), by and through his counsel, hereby answers (the "Answer") the Complaint ("Complaint") filed by George L. Miller, in his capacity as Chapter 7 Trustee for the Jointly Administered Bankruptcy Estates of Our Alchemy, LLC, and Anderson Digital, LLC ("Plaintiff"), in the matter of Our Alchemy, LLC, et al. ("Debtors"), as follows:

## I.        **INTRODUCTION**[2]

1.        To the extent that Plaintiff makes allegations requiring an answer in this introductory paragraph, Thor denies that any preferential or fraudulent transfers of property were made to or for the benefit of Thor by the Debtors at any time.

---

[1] The Debtors are: Our Alchemy, LLC, Case No. 16-11596 and Anderson Digital, LLC, Case No. 16-11597.
[2] Throughout this Answer, Thor copies the Complaint's headings and subheadings for ease of reference. Thor's use of these headings does not indicate his agreement with their contents but is simply clerical in nature. To the extent a response to the headings is deemed required, Thor denies them, separately and collectively, in full.

2.      To the extent that Plaintiff makes allegations requiring an answer in this introductory paragraph, Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

## II.      <u>JURISDICTION AND VENUE</u>

3.      The allegations in this paragraph state legal conclusions to which no response is required under the Federal Rules of Bankruptcy Procedure and/or the Federal Rules of Civil Procedure, as applicable. To the extent that a response is deemed required, Thor denies each and every allegation.

4.      To the extent that Plaintiff makes allegations requiring an answer, Thor denies them in full. Pursuant to Fed. R. Bank P. 7012(b) and Local Rule 7012-1, Thor does not consent to the entry of final orders or judgments by the Bankruptcy Court if it is determined that it, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

5.      The allegations in this paragraph state legal conclusions to which no response is required under the Federal Rules of Bankruptcy Procedure and/or the Federal Rules of Civil Procedure, as applicable. To the extent that a response is deemed required, Thor denies each and every allegation.

## III.      <u>PARTIES</u>

### A.  The Plaintiff

6.      Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

7.      The allegations in this paragraph are admitted.

8.      The allegations in this paragraph are admitted.

### B.  The Defendants

#### 1.  The Anderson Defendants

9.      Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

10.      Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

11.      Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

12.      Thor admits that Stephen Lyons ("Lyons") was a co-founder, Managing Partner, and Executive Vice President at Anderson Digital and that Lyons owned a 24.5% membership interest in Anderson Digital prior to the July 2015 sale of Anderson Digital to Our Alchemy. Thor lacks information sufficient to form a belief as to the truth of the remaining matters alleged and therefore denies them in full.

13.      The allegations in this paragraph are admitted.

#### 2.  The Virgo Defendants

14.      Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

15.      Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

16.      Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

17.      Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

18.     Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

19.     Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

20.     Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

21.     Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

22.     Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

23.     Thor admits that Bill Lee ("Lee") was Chief Executive Officer of Alchemy until December 2015. Thor lacks information sufficient to form a belief as to the truth of the remaining matters alleged and therefore denies them in full.

24.     Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

25.     Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

### 3.  The ARC Defendants

26.     Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

27.     Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

## IV.    FACTS

28.      Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

### A.  Virgo, Acting Through Calrissian, Purchases Millennium

29.      Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

30.      Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

31.      Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

### 1.  Alchemy Makes a $14.5 Million Equity Distribution to Calrissian

32.      Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

33.      Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

34.      Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

35.      Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

36.      Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

37.      Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

38.     Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

39.     Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

40.     Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

41.     Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

## 2.  Calrissian and the Virgo Entities Are Forced to Inject Capital to Fund Alchemy Operations

42.     Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

43.     Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

44.     Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

45.     Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

46.     Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

47.     Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

48.     Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

49.     Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

50.     Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

51.     Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

52.     Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

53.     Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

54.     Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

**B.  The ANConnect Transaction**

**1.  Alchemy Overpays For Distressed ANConnect Business Units**

55.     Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

56.     Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

57.     Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

58.     Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

59.     Thor lacks information sufficient to form a belief as to the truth of the matters alleged

and therefore denies them in full.

60.     Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

61.     Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full. Thor admits the allegations in footnote six, which is referenced in the text of paragraph 61.

62.     Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

63.     Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

64.     Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

65.     Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

66.     Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

67.     Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full. Further, the allegations in paragraph 67 reference documents, which speak for themselves.

68.     Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

69.     Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

70.     Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

71.     Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

72.     Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

73.     Thor admits that a transfer of funds out of Anderson Digital was completed to achieve cashflow neutrality in advance of the sale of Anderson Digital to Alchemy in July 2015. Thor lacks information sufficient to form a belief as to the truth of the remaining matters alleged and therefore denies them in full.

74.     Thor admits that July 2, 2015 was within one year immediately preceding the Petition Date. Thor denies that the transfer was made to the company's insiders.

75.     Thor denies that the transfer of funds out of Anderson Digital was made without consideration. Thor admits that Anderson Digital's working capital was reduced to achieve cashflow neutrality. Thor lacks information sufficient to form a belief as to the truth of the remaining matters alleged and therefore denies them in full.

76.     Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

77.     Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

78.     Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

79.     Thor lacks information sufficient to form a belief as to the truth of the matters alleged

and therefore denies them in full.

80.    Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

81.    Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

82.    Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

83.    Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

84.    Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

**2.  Alchemy Overpays for Lyons' and Thor's Interests in Anderson Digital**

85.    Thor admits that Alchemy purchased ANConnect's, Lyons', and Thor's respective interests in Anderson Digital. Thor denies that the purchase of Thor's 24.5% interest was "part of the APA;".

86.    Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

87.    Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

88.    Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

89.    Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

90.     Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

91.     Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

92.     Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

93.     Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

94.     The allegations in this paragraph are admitted.

95.     The allegations in this paragraph are admitted.

96.     Thor denies that the purchase price for Thor's 24.5% interest in Anderson Digital was "improperly inflated." In addition, the allegations relating to "reasonably equivalent value" state legal conclusions to which no response is required under the Federal Rules of Bankruptcy Procedure and/or the Federal Rules of Civil Procedure, as applicable. To the extent a response is deemed required, Thor denies each and every allegation.

97.     Thor admits that the transfers detailed in the Complaint were made in the one-year period immediately preceding the Petition Date. Thor denies that he was an insider.

98.     Thor admits that funds were transferred out of Anderson Digital in July 2015 to achieve cashflow neutrality prior to the Closing. Thor admits that he received his portion of these funds as an equity distribution. Thor denies that the purchase price for his shares was inflated. Thor denies that the equity distribution was "additional cash."

99.     Thor denies that the transfer of funds out of Anderson Digital was made without consideration. Thor admits that Anderson Digital's working capital was reduced to achieve cashflow

neutrality. Thor lacks information sufficient to form a belief as to the truth of the remaining matters alleged and therefore denies them in full.

100.    Thor admits that the transfer of funds out of Anderson Digital occurred within the one-year period immediately preceding the Petition Date. Thor denies that the transfer was to him. Thor denies that he was an insider.

101.    Thor denies the allegations in this paragraph in full as they related to him. Thor lacks information sufficient to form a belief as to the truth of the remaining matters alleged and therefore denies them in full.

### 3.   Claims Concerning Ancillary Agreements

#### a. Disputes Regarding Post-Closing Adjustments

102.    Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

103.    Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

104.    Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

105.    Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

106.    Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

#### b.         Transition Services Agreement

107.    Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

108.   Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

109.   Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

110.   Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

111.   Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

112.   Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

113.   Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

114.   Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

115.   Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

116.   Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

117.   Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

118.   Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

119.   Thor lacks information sufficient to form a belief as to the truth of the matters alleged

and therefore denies them in full.

120.   Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

121.   Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

122.   Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

<b>c.    The Merchandising Agreement</b>

123.   Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

124.   Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

125.   Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

126.   Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

127.   Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

128.   Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

129.   Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

### d.        Reimbursement Fees

130.    Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

131.    Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

132.    Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

133.    Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

134.    Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

## C.  The ARC Transaction

135.    Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

136.    Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

137.    Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

138.    Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

139.    Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

140.    Thor lacks information sufficient to form a belief as to the truth of the matters alleged

and therefore denies them in full.

141.    Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

142.    Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

143.    Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

144.    Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

145.    Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

146.    Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

147.    Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

148.    Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

149.    Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

### 1.    The Mezzanine Loan Agreement

150.    Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

151.    Thor lacks information sufficient to form a belief as to the truth of the matters alleged

and therefore denies them in full.

152.   Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

153.   Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

154.   Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

155.   Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

156.   Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

157.   Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

158.   Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

159.   Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

160.   Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

161.   Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

162.   Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

163.   Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

164.   Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

165.   Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

166.   Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

167.   Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

168.   Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

## 2. The ALC Mezz Agreement

169.   Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

170.   Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

171.   Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

172.   Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

173.   Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

174.    Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

### 3.    The Sony DADC Obligation

175.    Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

176.    Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

177.    Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

178.    Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

179.    Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

180.    Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

181.    Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

182.    Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

### 4.    The Business Development Agreement and Management Services Agreement

183.    Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

184.    Thor lacks information sufficient to form a belief as to the truth of the matters alleged

and therefore denies them in full.

185.    Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

186.    Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

187.    Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

188.    Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

189.    Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

190.    Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

191.    Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

192.    Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

193.    Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

194.    Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

195.    Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

196.    Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

197.    Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

198.    Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

### 5.    The Management Agreement

199.    Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

200.    Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

201.    Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

### 6.    The ARC/OA Holdings Distribution Agreement

202.    Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

203.    Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

204.    Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

205.    Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

206.    Thor lacks information sufficient to form a belief as to the truth of the matters alleged

and therefore denies them in full.

## V.   THE CLAIMS

## FIRST CLAIM – AVOIDANCE AND RECOVERY OF TRANSFERS
### Pursuant to 11 U.S.C. §§ 548(a)(1)(A) and 550
**(Against the Virgo Entities, ANConnect, Lyons, Thor, Anderson Merchandisers, OA Holdings, and ARC)**

207.   Thor incorporates all preceding paragraphs as if fully re-alleged herein.

208.   To the extent that Plaintiff makes allegations requiring an answer in the introduction to this paragraph, Thor denies them in full.

a. Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

b. Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

c. Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

d. Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

e. Thor denies that any fraudulent and/or preferential transfers were made to him by the Debtors at any time.

f. Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

g. Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

h. Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

i. Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

j. Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

k. Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

209.     The allegations in this paragraph state legal conclusions to which no response is required under the Federal Rules of Bankruptcy Procedure and/or the Federal Rules of Civil Procedure, as applicable. To the extent that a response is deemed required, Thor denies each and every allegation.

210.     Thor admits that the transfers identified by the Plaintiff occurred within two (2) years of the Petition Date. Thor denies that any fraudulent and/or preferential transfers were made to him by the Debtors at any time. Thor lacks information sufficient to form a belief as to the truth of the remaining matters alleged and therefore denies them in full.

211.     Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full. Further, the allegations in this paragraph state legal conclusions to which no response is required under the Federal Rules of Bankruptcy Procedure and/or the Federal Rules of Civil Procedure, as applicable. To the extent that a response is deemed required, Thor denies each and every allegation.

212.     Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full. Further, the allegations in this paragraph state legal conclusions to which no response is required under the Federal Rules of Bankruptcy Procedure and/or the Federal Rules of Civil Procedure, as applicable. To the extent that a response is deemed required, Thor denies

each and every allegation.

213.    The allegations in this paragraph state legal conclusions to which no response is required under the Federal Rules of Bankruptcy Procedure and/or the Federal Rules of Civil Procedure, as applicable. To the extent that a response is deemed required, Thor denies each and every allegation.

### SECOND CLAIM – AVOIDANCE AND RECOVERY OF TRANSFERS
**Pursuant to 11 U.S.C. §§ 548(a)(1)(B) and 550**
**(Against the Virgo Entities, ANConnect, Lyons, Thor, Anderson Merchandisers, OA Holdings, and ARC)**

214.    Thor incorporates all preceding paragraphs as if fully re-alleged herein.

215.    To the extent that Plaintiff makes allegations requiring a response in this paragraph, Thor denies them in full.

216.    The allegations in this paragraph state legal conclusions to which no response is required under the Federal Rules of Bankruptcy Procedure and/or the Federal Rules of Civil Procedure, as applicable. To the extent that a response is deemed required, Thor denies each and every allegation.

217.    Thor admits that the transfers identified by the Plaintiff occurred within two (2) years of the Petition Date. Thor denies that any fraudulent and/or preferential transfers were made to him by the Debtors at any time. Thor lacks information sufficient to form a belief as to the truth of the remaining matters alleged and therefore denies them in full.

218.    Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full. Further, the allegations in this paragraph state legal conclusions to which no response is required under the Federal Rules of Bankruptcy Procedure and/or the Federal Rules of Civil Procedure, as applicable. To the extent that a response is deemed required, Thor denies each and every allegation.

219.    Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full. Further, the allegations in this paragraph state legal conclusions to which no response is required under the Federal Rules of Bankruptcy Procedure and/or the Federal Rules of Civil Procedure, as applicable. To the extent that a response is deemed required, Thor denies each and every allegation.

220.    Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full. Further, the allegations in this paragraph state legal conclusions to which no response is required under the Federal Rules of Bankruptcy Procedure and/or the Federal Rules of Civil Procedure, as applicable. To the extent that a response is deemed required, Thor denies each and every allegation.

221.    The allegations in this paragraph state legal conclusions to which no response is required under the Federal Rules of Bankruptcy Procedure and/or the Federal Rules of Civil Procedure, as applicable. To the extent that a response is deemed required, Thor denies each and every allegation.

222.    Thor admits that he was the initial transferee of the transfers to him by Our Alchemy, LLC and the immediate or mediate transferee of an initial transferee of a transfer made by Anderson Digital, LLC. Thor denies that any fraudulent and/or preferential transfers were made to him by the Debtors at any time. Thor lacks information sufficient to form a belief as to the truth of the remaining matters alleged and therefore denies them in full.

223.    The allegations in this paragraph state legal conclusions to which no response is required under the Federal Rules of Bankruptcy Procedure and/or the Federal Rules of Civil Procedure, as applicable. To the extent that a response is deemed required, Thor denies each and every allegation.

## THIRD CLAIM – UNJUST ENRICHMENT
### (Against the Virgo Entities, ANConnect, Lyons, Thor, Anderson Merchandisers, OA Holdings, and ARC)

224.    Thor incorporates all preceding paragraphs as if fully re-alleged herein.

225.    Thor denies the allegations in this paragraph in full.

## FOURTH CLAIM – AVOIDANCE AND RECOVERY OF TRANSFERS
### Pursuant to 11 U.S.C. §§ 547(b) and 550
### (Against Anderson Merchandisers, OA Partners, the Virgo Entities, Lyons, and Thor)

226.    Thor incorporates all preceding paragraphs as if fully re-alleged herein.

227.    To the extent Plaintiff makes allegations requiring a response in this paragraph, Thor denies them in full.

228.    The allegations in this paragraph state legal conclusions to which no response is required under the Federal Rules of Bankruptcy Procedure and/or the Federal Rules of Civil Procedure, as applicable. To the extent that a response is deemed required, Thor denies each and every allegation.

229.    Thor admits that the "Thor Transfers," as that term is defined in the Complaint, occurred on the dates set forth in the Complaint. Thor denies that any fraudulent and/or preferential transfers were made to him by the Debtors at any time. Thor denies that he was an insider.

230.    Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.  Thor denies that any fraudulent and/or preferential transfers were made to him by the Debtors at any time.

231.    Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

232.    Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full. Further, the allegations in this paragraph state legal conclusions to

which no response is required under the Federal Rules of Bankruptcy Procedure and/or the Federal Rules of Civil Procedure, as applicable. To the extent that a response is deemed required, Thor denies each and every allegation.

233.   The allegations in this paragraph state legal conclusions to which no response is required under the Federal Rules of Bankruptcy Procedure and/or the Federal Rules of Civil Procedure, as applicable. To the extent that a response is deemed required, Thor denies each and every allegation.

234.   Thor admits that he was the initial transferee of the transfers to him by Our Alchemy, LLC and the immediate or mediate transferee of an initial transferee of a transfer made by Anderson Digital, LLC. Thor denies that any fraudulent and/or preferential transfers were made to him by the Debtors at any time. Thor lacks information sufficient to form a belief as to the truth of the remaining matters alleged and therefore denies them in full.

235.   The allegations in this paragraph state legal conclusions to which no response is required under the Federal Rules of Bankruptcy Procedure and/or the Federal Rules of Civil Procedure, as applicable. To the extent that a response is deemed required, Thor denies each and every allegation.

**FIFTH CLAIM – AVOIDANCE AND RECOVERY OF TRANSFERS**
**Pursuant to 6 Del. C. §§ 1304(a) & 1305(a), and 11 U.S.C. §§ 544 and 550**
**(Against the Virgo Entities, ANConnect, Lyons, Thor, Anderson Merchandisers, OA Holdings,**
**and ARC)**

236.   Thor incorporates all preceding paragraphs as if fully re-alleged herein.

237.   Thor denies that any fraudulent and/or preferential transfers were made to him by the Debtors at any time. Thor lacks information sufficient to form a belief as to the truth of the remaining matters alleged and therefore denies them in full.

238.   Thor lacks information sufficient to form a belief as to the truth of the matters alleged

and therefore denies them in full.

239.   Thor denies that the Debtors did not receive reasonably equivalent value in exchange for the "Thor Transfers." In addition, the allegations relating to "reasonably equivalent value" state legal conclusions to which no response is required under the Federal Rules of Bankruptcy Procedure and/or the Federal Rules of Civil Procedure, as applicable. To the extent a response is deemed required, Thor denies each and every allegation. Thor lacks information sufficient to form a belief as to the truth of the remaining matters alleged and therefore denies them in full.

240.   Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

241.   The allegations in this paragraph state legal conclusions to which no response is required under the Federal Rules of Bankruptcy Procedure and/or the Federal Rules of Civil Procedure, as applicable. To the extent that a response is deemed required, Thor denies each and every allegation.

242.   Thor admits that he was the initial transferee of the transfers to him by Our Alchemy, LLC and the immediate or mediate transferee of an initial transferee of a transfer made by Anderson Digital, LLC. Thor denies that any fraudulent and/or preferential transfers were made to him by the Debtors at any time. Thor lacks information sufficient to form a belief as to the truth of the remaining matters alleged and therefore denies them in full.

243.   The allegations in this paragraph state legal conclusions to which no response is required under the Federal Rules of Bankruptcy Procedure and/or the Federal Rules of Civil Procedure, as applicable. To the extent that a response is deemed required, Thor denies each and every allegation.

**SIXTH CLAIM – AVOIDANCE AND RECOVERY OF TRANSFERS**
**Pursuant to 6 Del. C. § 1305(b) and 11 U.S.C. §§ 544 and 550**
**(Against the Virgo Entities, OA Partners, Lyons, and Thor)**

244.    Thor incorporates all preceding paragraphs as if fully re-alleged herein.

245.    To the extent Plaintiff makes allegations requiring an answer in this paragraph, Thor denies them in full.

246.    Thor admits that the "Thor Transfers" were made within one year of the Petition Date. Thor lacks information sufficient to form a belief as to the truth of the remaining matters alleged and therefore denies them in full.

247.    Thor denies that the "Thor Transfers" were made to an insider. Thor denies that he had reasonable cause to believe that Alchemy was insolvent. Thor lacks information sufficient to form a belief as to the truth of the remaining matters alleged and therefore denies them in full.

248.    Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.  Thor denies that any fraudulent and/or preferential transfers were made to him by the Debtors at any time.

249.    Thor lacks information sufficient to form a belief as to the truth of the matters alleged and therefore denies them in full.

250.    Thor lacks information sufficient to form a belief as to the truth of the remaining matters alleged and therefore denies them in full.

251.    The allegations in this paragraph state legal conclusions to which no response is required under the Federal Rules of Bankruptcy Procedure and/or the Federal Rules of Civil Procedure, as applicable. To the extent that a response is deemed required, Thor denies each and every allegation.

252.    Thor admits that he was the initial transferee of the transfers to him by Our Alchemy,

LLC and the immediate or mediate transferee of an initial transferee of a transfer made by Anderson Digital, LLC. Thor denies that any fraudulent and/or preferential transfers were made to him by the Debtors at any time. Thor lacks information sufficient to form a belief as to the truth of the remaining matters alleged and therefore denies them in full.

253.    The allegations in this paragraph state legal conclusions to which no response is required under the Federal Rules of Bankruptcy Procedure and/or the Federal Rules of Civil Procedure, as applicable. To the extent that a response is deemed required, Thor denies each and every allegation.

### SEVENTH CLAIM – BREACH OF FIDUCIARY DUTY
**(Against the Virgo Individuals, Lee, and Ardon Moore)**

254.    Thor incorporates all preceding paragraphs as if fully re-alleged herein.

255.    The Seventh Claim is not asserted against Thor. To the extent a response is deemed required from Thor, Thor denies each and every allegation in this paragraph.

256.    The Seventh Claim is not asserted against Thor. To the extent a response is deemed required from Thor, Thor denies each and every allegation in this paragraph.

257.    The Seventh Claim is not asserted against Thor. To the extent a response is deemed required from Thor, Thor denies each and every allegation in this paragraph.

258.    The Seventh Claim is not asserted against Thor. To the extent a response is deemed required from Thor, Thor denies each and every allegation in this paragraph.

259.    The Seventh Claim is not asserted against Thor. To the extent a response is deemed required from Thor, Thor denies each and every allegation in this paragraph.

260.    The Seventh Claim is not asserted against Thor. To the extent a response is deemed required from Thor, Thor denies each and every allegation in this paragraph.

261.    The Seventh Claim is not asserted against Thor. To the extent a response is deemed

required from Thor, Thor denies each and every allegation in this paragraph.

262.   The Seventh Claim is not asserted against Thor. To the extent a response is deemed required from Thor, Thor denies each and every allegation in this paragraph.

263.   The Seventh Claim is not asserted against Thor. To the extent a response is deemed required from Thor, Thor denies each and every allegation in this paragraph.

264.   The Seventh Claim is not asserted against Thor. To the extent a response is deemed required from Thor, Thor denies each and every allegation in this paragraph.

## EIGHTH CLAIM – AIDING AND ABETTING BREACH OF FIDUCIARY DUTY
### (Against Virgo Individuals, Lee, and Ardon Moore)

265.   Thor incorporates all preceding paragraphs as if fully re-alleged herein.

266.   The Eighth Claim is not asserted against Thor. To the extent a response is deemed required from Thor, Thor denies each and every allegation in this paragraph.

267.   The Eighth Claim is not asserted against Thor. To the extent a response is deemed required from Thor, Thor denies each and every allegation in this paragraph.

268.   The Eighth Claim is not asserted against Thor. To the extent a response is deemed required from Thor, Thor denies each and every allegation in this paragraph.

## NINTH CLAIM – BREACH OF CONTRACT
### (Against ANConnect)

269.   Thor incorporates all preceding paragraphs as if fully re-alleged herein.

270.   The Ninth Claim is not asserted against Thor. To the extent a response is deemed required from Thor, Thor denies each and every allegation in this paragraph.

271.   The Ninth Claim is not asserted against Thor. To the extent a response is deemed required from Thor, Thor denies each and every allegation in this paragraph.

272.   The Ninth Claim is not asserted against Thor. To the extent a response is deemed

required from Thor, Thor denies each and every allegation in this paragraph.

273. The Ninth Claim is not asserted against Thor. To the extent a response is deemed required from Thor, Thor denies each and every allegation in this paragraph.

274. The Ninth Claim is not asserted against Thor. To the extent a response is deemed required from Thor, Thor denies each and every allegation in this paragraph.

275. The Ninth Claim is not asserted against Thor. To the extent a response is deemed required from Thor, Thor denies each and every allegation in this paragraph.

276. The Ninth Claim is not asserted against Thor. To the extent a response is deemed required from Thor, Thor denies each and every allegation in this paragraph.

277. The Ninth Claim is not asserted against Thor. To the extent a response is deemed required from Thor, Thor denies each and every allegation in this paragraph.

278. The Ninth Claim is not asserted against Thor. To the extent a response is deemed required from Thor, Thor denies each and every allegation in this paragraph.

279. The Ninth Claim is not asserted against Thor. To the extent a response is deemed required from Thor, Thor denies each and every allegation in this paragraph.

280. The Ninth Claim is not asserted against Thor. To the extent a response is deemed required from Thor, Thor denies each and every allegation in this paragraph.

## TENTH CLAIM – TURNOVER
### Pursuant to 11 U.S.C. § 542
### (Against ANConnect and AM Canada)

281. Thor incorporates all preceding paragraphs as if fully re-alleged herein.

282. The Tenth Claim is not asserted against Thor. To the extent a response is deemed required from Thor, Thor denies each and every allegation in this paragraph.

283. The Tenth Claim is not asserted against Thor. To the extent a response is deemed

required from Thor, Thor denies each and every allegation in this paragraph.

284.    The Tenth Claim is not asserted against Thor. To the extent a response is deemed required from Thor, Thor denies each and every allegation in this paragraph.

285.    The Tenth Claim is not asserted against Thor. To the extent a response is deemed required from Thor, Thor denies each and every allegation in this paragraph.

286.    The Tenth Claim is not asserted against Thor. To the extent a response is deemed required from Thor, Thor denies each and every allegation in this paragraph.

287.    The Tenth Claim is not asserted against Thor. To the extent a response is deemed required from Thor, Thor denies each and every allegation in this paragraph.

288.    The Tenth Claim is not asserted against Thor. To the extent a response is deemed required from Thor, Thor denies each and every allegation in this paragraph.

289.    The Tenth Claim is not asserted against Thor. To the extent a response is deemed required from Thor, Thor denies each and every allegation in this paragraph.

## ELEVENTH CLAIM – ACCOUNTING
### (Against ANConnect)

290.    Thor incorporates all preceding paragraphs as if fully re-alleged herein.

291.    The Eleventh Claim is not asserted against Thor. To the extent a response is deemed required from Thor, Thor denies each and every allegation in this paragraph.

292.    The Eleventh Claim is not asserted against Thor. To the extent a response is deemed required from Thor, Thor denies each and every allegation in this paragraph.

293.    The Eleventh Claim is not asserted against Thor. To the extent a response is deemed required from Thor, Thor denies each and every allegation in this paragraph.

294.    The Eleventh Claim is not asserted against Thor. To the extent a response is deemed required from Thor, Thor denies each and every allegation in this paragraph.

295.   The Eleventh Claim is not asserted against Thor. To the extent a response is deemed required from Thor, Thor denies each and every allegation in this paragraph.

296.   The Eleventh Claim is not asserted against Thor. To the extent a response is deemed required from Thor, Thor denies each and every allegation in this paragraph.

## TWELFTH CLAIM – DECLARATORY JUDGMENT

297.   Thor incorporates all preceding paragraphs as if fully re-alleged herein.

298.   The Twelfth Claim does not articulate which Defendants it is asserted against. According to the allegations therein, it appears that the Twelfth Claim is not asserted against Thor. To the extent a response is deemed required from Thor, Thor denies each and every allegation in this paragraph.

299.   The Twelfth Claim does not articulate which Defendants it is asserted against. According to the allegations therein, it appears that the Twelfth Claim is not asserted against Thor. To the extent a response is deemed required from Thor, Thor denies each and every allegation in this paragraph.

300.   The Twelfth Claim does not articulate which Defendants it is asserted against. According to the allegations therein, it appears that the Twelfth Claim is not asserted against Thor. To the extent a response is deemed required from Thor, Thor denies each and every allegation in this paragraph.

## THIRTEENTH CLAIM – BREACH OF CONTRACT
### (Against OA Holdings)

301.   Thor incorporates all preceding paragraphs as if fully re-alleged herein.

302.   The Thirteenth Claim is not asserted against Thor. To the extent a response is deemed required from Thor, Thor denies each and every allegation in this paragraph.

303.   The Thirteenth Claim is not asserted against Thor. To the extent a response is deemed

required from Thor, Thor denies each and every allegation in this paragraph.

304.   The Thirteenth Claim is not asserted against Thor. To the extent a response is deemed required from Thor, Thor denies each and every allegation in this paragraph.

305.   The Thirteenth Claim is not asserted against Thor. To the extent a response is deemed required from Thor, Thor denies each and every allegation in this paragraph.

306.   The Thirteenth Claim is not asserted against Thor. To the extent a response is deemed required from Thor, Thor denies each and every allegation in this paragraph.

307.   The Thirteenth Claim is not asserted against Thor. To the extent a response is deemed required from Thor, Thor denies each and every allegation in this paragraph.

308.    The Thirteenth Claim is not asserted against Thor. To the extent a response is deemed required from Thor, Thor denies each and every allegation in this paragraph.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

#### (Conduit Defense)

Thor is not a "transferee" as that term is used by 11 U.S.C. § 550. Thor is a conduit for sums paid.

### SECOND AFFIRMATIVE DEFENSE

#### (Ordinary Course of Business)

Any portion of the "Thor Transfers" for which Thor is the "transferee" within the meaning of 11 U.S.C. §§ 547 and 550: was for a debt incurred by the Debtors in the ordinary course of its business; was actually made in the ordinary course of such business and according to ordinary business terms; and is exempt from recovery by Plaintiff pursuant to 11 U.S.C. § 547(c)(2).

### THIRD AFFIRMATIVE DEFENSE

#### (Contemporaneous Exchange for New Value)

Any portion of the Thor Transfers for which Thor is the "transferee" within the meaning of

11 U.S.C. §§ 547 and 550 was intended by Debtors and Thor to be a contemporaneous exchange for new value given to Debtors by Thor or other third parties on Thor's behalf and was, in fact, a substantially contemporaneous exchange.

## FOURTH AFFIRMATIVE DEFENSE
### (Subsequent New Value)

After any Thor Transfer for which Thor is the "transferee" within the meaning of 11 U.S.C. §§ 547 and 550, Thor or other third parties on Thor's behalf gave new value to or for the benefit of Debtors, not secured by an otherwise unavoidable security interest, and on account of which new value the Debtors did not make an otherwise unavoidable transfer to or for the benefit of Thor.

## FIFTH AFFIRMATIVE DEFENSE
### (Solvency)

The Plaintiff has failed to adequately allege that the Debtors were insolvent at the time of the challenged transfers, or that the Debtors were made insolvent by the challenged transfer.

## SIXTH AFFIRMATIVE DEFENSE
### (Earmarking)

Some or all of the Thor Transfers do not constitute transfers of an interest of property of the Debtors.

## SEVENTH AFFIRMATIVE DEFENSE
### (Failure to State a Claim)

Thor alleges that the Complaint fails to state a claim upon which relief may be granted.

## EIGHTH AFFIRMATIVE DEFENSE
### (Waiver)

The relief requested by the Plaintiff is barred by the doctrine of waiver.

## NINTH AFFIRMATIVE DEFENSE
### (Release)

The relief requested by the Plaintiff is barred, in whole or in part, because the Plaintiff has

previously released Thor from the claims asserted in the Complaint.

## TENTH AFFIRMATIVE DEFENSE
### (Unclean Hands)

The relief requested by the Plaintiff is barred, in whole or in part, by virtue of the doctrine of unclean hands.

## ELEVENTH AFFIRMATIVE DEFENSE
### (Laches)

The relief requested by the Plaintiff is barred, in whole or in part, by virtue of the doctrine of laches.

## TWELFTH AFFIRMATIVE DEFENSE
### (Estoppel)

The relief requested by the Plaintiff is barred, in whole or in part, by the doctrines of equitable, judicial or collateral estoppel.

## THIRTEENTH AFFIRMATIVE DEFENSE
### (Right to Assert Additional Affirmative Defenses)

Thor reserves the right to assert any other claims or defenses that may be available or become available to him during the course of these proceedings.

**WHEREFORE**, Thor prays as follows:

1.  That Plaintiff take nothing on account of the Complaint;

2.  That this Court enter judgment:

    (a)  Dismissing the Complaint;

    (b)  Awarding Thor costs, expenses and reasonable attorneys' fees; and

(c)    Granting to Thor such other and further relief as is appropriate.

Dated: October 1, 2018                    Respectfully submitted,

**MCELROY, DEUTSCH, MULVANEY
& CARPENTER, LLP**

/s/ David P. Primack
David P. Primack, Esq. (No. 4449)
David W. Giattino, Esq. (No. 5614)
300 Delaware Avenue – Suite 770
Wilmington, Delaware 19801
Tel: (302) 300-4515
Facsimile: (302) 654-4031
dprimack@mdmc-law.com
dgiattino@mdmc-law.com

-and-

**BRINKMAN PORTILLO RONK, APC**
Daren R. Brinkman, Esq.
4333 Park Terrace Drive, Suite 205
Westlake Village, CA 91361
Telephone: (818) 597-2992
Facsimile: (818) 597-2998
Email: firm@brinkmanlaw.com

*Counsel to Freyr Thor*