UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| OUR ALCHEMY, LLC, *et al.*, | ) | Case No. 16-11596-KG |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| | ) | |
| GEORGE L MILLER In His Capacity as | ) | |
| Chapter 7 Trustee for the jointly | ) | |
| administered bankruptcy estates of Our | ) | |
| Alchemy, LLC and Anderson Digital, LLC, | ) | |
| | ) | Adv. Proc. No.  18-50633 (KG) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ANCONNECT, LLC; ANDERSON | ) | |
| MERCHANDISERS, LLC; ANDERSON | ) | |
| MERCHANDISERS CANADA, INC.; OA | ) | |
| INVESTMENT PARTNERS LLC; OA | ) | |
| INVESTMENT HOLDINGS LLC; | ) | |
| VIRGO INVESTMENT GROUP, LLC; | ) | |
| VIRGO SOCIETAS PARTNERS, LLC; | ) | |
| VIRGO SOCIETAS PARTNERSHIP III | ) | |
| (ONSHORE), L.P.; VIRGO SOCIETAS | ) | |
| PARTNERSHIP III (OFFSHORE), L.P.; | ) | |
| VIRGO SERVICE COMPANY LLC; | ) | |
| ARC ENTERTAINMENT, LLC; ARDON | ) | |
| MOORE; MARK PEREZ; JESSE | ) | |
| WATSON; TODD DORFMAN; BILL | ) | |
| LEE; STEPHEN LYONS; and FREYR | ) | |
| THOR, | ) | |
| Defendants. | ) | |

**ANCONNECT, LLC AND ANDERSON MERCHANDISERS, LLC'S
MOTION TO DISMISS COUNTS I, II, III, IV, AND V
OF THE TRUSTEE'S COMPLAINT**

ANConnect, LLC ("**ANConnect**"), and Anderson Merchandisers, LLC ("**AMerch**")

hereby file this motion to dismiss (the "**Motion to Dismiss**") the complaint (the "**Complaint**")

filed in the above-captioned adversary proceeding by Plaintiff, George L. Miller, in his capacity

#50507404 v1

as Chapter 7 Trustee ("**Trustee**" or "**Plaintiff**") for the jointly administered bankruptcy estates of Our Alchemy, LLC and Anderson Digital, LLC.  The Motion to Dismiss is filed pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedures (the "**Federal Rules**"), incorporated herein by Rule 7012 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").   For the reasons set forth in the Memorandum of Law in Support of the Motion to Dismiss filed contemporaneously herewith, ANConnect and AMerch request that Counts I, II, III, IV, and V of the Trustee's Complaint, as asserted against them, be dismissed, and that they be granted such other and further relief as is just and appropriate.

Dated: October 15, 2018
Wilmington, DE

Respectfully Submitted,

**PEPPER HAMILTON LLP**

/s/ Evelyn J. Meltzer
David B. Stratton (DE No. 960)
Evelyn J. Meltzer (DE No. 4581)
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, Delaware 19899-1709
Tel: (302)-777-6532
Fax: (302)-421-8390
strattond@pepperlaw.com
meltzere@pepperlaw.com

and

#50507404 v1

**ALSTON & BIRD LLP**
Grant T. Stein
David A. Wender
William Hao
1201 West Peachtree Street
Atlanta, Georgia, 30309
Tel: (404) 881-7000
Fax: (404) 881-7777
Grant.stein@alston.com
David.wender@alston.com
William.Hao@alston.com

*Counsel to ANConnect, LLC and Anderson*
*Merchandisers, LLC*

3

#50507404 v1