UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| OUR ALCHEMY, LLC, *et al.*, | ) | Case No. 16-11596-KG |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| | ) | |
| GEORGE L MILLER In His Capacity as | ) | |
| Chapter 7 Trustee for the jointly | ) | |
| administered bankruptcy estates of Our | ) | |
| Alchemy, LLC and Anderson Digital, LLC, | ) | |
| | ) | Adv. Proc. No. 18-50633 (KG) |
| Plaintiff, | ) | |
| v. | ) | |
| ANCONNECT, LLC; ANDERSON | ) | |
| MERCHANDISERS, LLC; ANDERSON | ) | |
| MERCHANDISERS CANADA, INC.; OA | ) | |
| INVESTMENT PARTNERS LLC; OA | ) | |
| INVESTMENT HOLDINGS LLC; | ) | |
| VIRGO INVESTMENT GROUP, LLC; | ) | |
| VIRGO SOCIETAS PARTNERS, LLC; | ) | |
| VIRGO SOCIETAS PARTNERSHIP III | ) | |
| (ONSHORE), L.P.; VIRGO SOCIETAS | ) | |
| PARTNERSHIP III (OFFSHORE), L.P.; | ) | |
| VIRGO SERVICE COMPANY LLC; | ) | |
| ARC ENTERTAINMENT, LLC; ARDON | ) | |
| MOORE; MARK PEREZ; JESSE | ) | |
| WATSON; TODD DORFMAN; BILL | ) | |
| LEE; STEPHEN LYONS; and FREYR | ) | |
| THOR, | ) | |
| Defendants. | ) | |

**DECLARATION OF DAVID B. STRATTON IN SUPPORT OF ANCONNECT, LLC AND ANDERSON MERCHANDISERS, LLC'S MOTION TO DISMISS COUNTS I, II, III, IV, AND V OF THE TRUSTEE'S COMPLAINT**

David B. Stratton, Esq., hereby declares under oath as follows:

#50507445 v1

1. I am licensed to practice law in the State of Delaware, and have been admitted to practice law in the United States Bankruptcy Court for the District of Delaware and the United States District Court for the District of Delaware.

2. I am a partner with the law firm of Pepper Hamilton LLP, attorneys for ANConnect, LLC and Anderson Merchandisers, LLC, who are defendants in the above-captioned Adversary Proceeding. This Declaration is submitted in support of *ANConnect, LLC and Anderson Merchandisers, LLC's Motion to Dismiss Counts I, II, III, IV, and V of the Trustee's Complaint* and Supporting Memorandum (collectively, the "**Motion to Dismiss**") filed contemporaneously herewith. Capitalized terms not defined herein have the meanings given to them in the Motion to Dismiss.

3. I make this declaration based upon my personal knowledge and, where appropriate, a review of the relevant case files.

4. Attached hereto as **Exhibit A** is a true and correct copy of the Complaint, dated February 17, 2016, filed in the action styled as *ANConnect, LLC and Anderson Merchandisers, LLC v. Our Alchemy, LLC* in the Superior Court of the State of Delaware, New Castle County, Case No. N16C-02-152 WCC [CCLC], without the exhibits thereto. It is identified as the "**Superior Court Complaint**" in the Motion to Dismiss and Supporting Memorandum. The Superior Court Complaint is cited to and relied on at paragraphs 112, 113, and 127 of the Trustee's Complaint, Docket Entry No. 1, in the above captioned Adversary Proceeding, Case No. 18-50633.[1]

---

[1] The Superior Court Complaint indicates that it was filed under seal. The Trustee for the debtor OurAlchemy, LLC, ANConnect, and AMerch, as the parties identified in the Superior Court Complaint, agreed that it did not need to be filed under seal in this Court and this case.

-3-

5.  Attached hereto as **Exhibit B** is a true and correct copy of the proof of claim filed by ANConnect, LLC in the above-referenced bankruptcy case, which was assigned proof of claim number 158. It is cited to and relied on at paragraph 114 of the Trustee's Complaint, Docket Entry No. 1, in the above-captioned Adversary Proceeding, Case No. 18-50633.

6.  Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed in Wilmington, Delaware.

Executed this 15th day of October, 2018.

*/s/ David B. Stratton*
David B. Stratton, Esq.