# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| OUR ALCHEMY, LLC, *et al.*,[1] | Case No. 16-11596 (KG) |
| Debtors. | Jointly Administered |
| GEORGE L. MILLER as Chapter 7 Trustee for the Estates of Debtors Our Alchemy, LLC, and Anderson Digital, LLC, | |
| Plaintiff, | Adv. No. 18-50633 (KG) |
| v. | |
| ANCONNECT, LLC; ANDERSON MERCHANDISERS, LLC; ANDERSON MERCHANDISERS CANADA, INC; OA INVESTMENT PARTNERS LLC; OA INVESTMENT HOLDINGS LLC; VIRGO INVESTMENT GROUP, LLC; VIRGO SOCIETAS PARTNERS, LLC; VIRGO SOCIETAS PARTNERSHIP III (ONSHORE), L.P.; VIRGO SOCIETAS PARTNERSHIP III (OFFSHORE), L.P.; VIRGO SERVICE COMPANY LLC; ARC ENTERTAINMENT, LLC; ARDON MOORE; MARK PEREZ; JESSE WATSON; TODD DORFMAN; BILL LEE; STEPHEN LYONE; and FREYR THOR, | **Re: Adv. D.I. 1, 24, 25, 44, 55 & 56** |
| Defendants. | |

## NOTICE OF COMPLETION OF BRIEFING ON THE VIRGO DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

Pursuant to Rule 7007-4 of the Local Rules of Bankruptcy Procedure of the United States Bankruptcy Court for the District of Delaware, Virgo Investment Group, LLC, Virgo Societas Partners, LLC, Virgo Societas Partners III, L.P. (Onshore), Virgo Societas Partnership III (Offshore), L.P. and Virgo Service Company LLC (collectively, the "Defendants"), by and through their undersigned counsel, hereby notify the Court that briefing has been completed on

{00024674. }

*The Virgo Defendants' Motion to Dismiss for Failure to State a Claim* ("Motion") [Adv. D.I. 24; filed 9/30/18]. The following relevant documents will be delivered to Chambers with this Notice of Completion of Briefing:

1. Adversary Complaint [Adv. D.I. 1] (Filed 6/29/2018)

2. The Virgo Defendants' Motion to Dismiss for Failure to State a Claim [Adv. D.I. 24] (Filed 9/30/2018)

3. Brief in Support of The Virgo Defendants' Motion to Dismiss for Failure to State a Claim [Adv. D.I. 25] (Filed 9/30/2018)

4. Plaintiff's Memorandum of Law in Opposition to the Virgo Entities' Motion to Dismiss for Failure to State a Claim [Adv. D.I. 44] (Filed 10/29/2018)

5. Reply Brief in Support of The Virgo Defendants' Motion to Dismiss for Failure to State a Claim [Adv. D.I. 55] (Filed 12/4/2018)

6. Exhibits E-G of the Reply Brief in Support of The Virgo Defendants' Motion to Dismiss for Failure to State a Claim [Adv. D.I. 56] (Filed 12/4/2018)

Dated: December 11, 2018
Wilmington, Delaware

**THE ROSNER LAW GROUP LLC**

By: */s/ Jason A. Gibson*
Scott J. Leonhardt (DE 4885)
Jason A. Gibson (DE 6091)
824 N. Market Street, Suite 810
Wilmington, DE 19801
Tel.: (302) 777-1111
Email: leonhardt@teamrosner.com
         gibson@teamrosner.com

**DIAMOND MCCARTHY LLP**
Andrea Levin Kim
909 Fannin Street, 37th Floor
Houston, TX 77010
Tel: (713) 333-5107
Email: akim@diamondmccarthy.com

*Counsel to the Virgo Defendants*