# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>OUR ALCHEMY, LLC, *et al.*,<br><br>　　　　　Debtors. | Chapter 7<br>Case No: 16-11596 (KG)<br>Jointly Administered |
| GEORGE L. MILLER, Chapter 7 Trustee for the jointly administered bankruptcy estates of Our Alchemy, LLC and Anderson Digital, LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ANCONNECT, LLC, *et al.,*<br><br>　　　　　Defendants. | Adv. Proc. No. 18-50633 (KG)<br><br>**Re:  D.I. 7, 8, 11, and 80** |

**CERTIFICATION OF COUNSEL REGARDING ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT STEVE LYONS' MOTION TO DISMISS THE FOURTH AND SIXTH CLAIMS OF PLAINTIFF'S COMPLAINT, AND FOR RELIEF FROM THE BRIEFING REQUIREMENTS CONTAINED IN LOCAL RULE 7007-1**

The undersigned counsel to defendant Steve Lyons ("Mr. Lyons") in the above-captioned adversary proceeding certifies the following:

1. On August 20, 2018, Mr. Lyons filed his Motion to Dismiss the Fourth and Sixth Claims of Plaintiff's Complaint, and for Relief from the Briefing Requirements Contained in Local Rule 7007-1 (the "Motion") [D.I. 7]. Concurrently with the Motion, Mr. Lyons filed a proposed form of order (the "Initial Proposed Order").

2. On September 4, 2018, the plaintiff filed is Memorandum of Law in Opposition to the Motion [D.I. 8]. On September 11, 2018, Mr. Lyons filed his reply in support of the Motion [D.I. 11]. On July 17, 2019, the Court held a hearing to consider the Motion.

3.     On September 16, 2019, the Court issued its decision Granting in Part and Denying in Part Mr. Lyons' Motion [D.I. 80]. The Court instructed Mr. Lyons to prepare and circulate a revised form of order which reflects the Court's rulings, and thereafter to submit the proposed order to the Court.

4.     Attached as <u>Exhibit 1</u> is a revised proposed order (the "<u>Revised Proposed Order</u>"). Counsel for the plaintiff has reviewed and consented to the Revised Proposed Order. Attached as <u>Exhibit 2</u> is a redline showing the changes made to the Initial Proposed Order.

5.     Mr. Lyons respectfully requests that the Court enter the Revised Proposed Order without further notice or hearing.

Dated: October 8, 2019                                **FOX ROTHSCHILD LLP**

*/s/ Thomas M. Horan*
Mette H. Kurth (DE Bar No. 6491)
Thomas M. Horan (DE Bar No. 4641)
Johnna M. Darby (DE Bar No. 5153)
919 N. Market St., Suite 300
Wilmington, DE 19899-2323
Telephone: (302) 654-7444
E-mail: mkurth@foxrothschild.com
E-mail: thoran@foxrothschild.com
E-mail: jdarby@foxrothschild.com

*Counsel for Defendant Steve Lyons*