**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>OUR ALCHEMY, LLC, *et al.*,<br><br>Debtors. | Chapter 7<br><br>Case No. 16-11596 (KG)<br><br>Jointly Administered |
| GEORGE L. MILLER in his capacity as Chapter 7 Trustee for the jointly administered bankruptcy estates of Our Alchemy, LLC and Anderson Digital, LLC,<br><br>Plaintiff,<br>v.<br><br>ANCONNECT, LLC; ANDERSON MERCHANDISERS, LLC; ANDERSON MERCHANDISERS CANADA, INC; OA INVESTMENT PARTNERS LLC; OA INVESTMENT HOLDINGS LLC; VIRGO INVESTMENT GROUP, LLC; VIRGO SOCIETAS PARTNERS, LLC; VIRGO SOCIETAS PARTNERSHIP III (ONSHORE), L.P.; VIRGO SOCIETAS PARTNERSHIP III (OFFSHORE), L.P.; VIRGO SERVICE COMPANY LLC; ARC ENTERTAINMENT, LLC; ARDON MOORE; MARK PEREZ; JESSE WATSON; TODD DORFMAN; BILL LEE; STEPHEN LYONS; and FREYR THOR,<br><br>Defendants. | Adv. No. 18-50633 (KG) |

**NOTICE REGARDING THE TRUSTEE'S INTENTION TO AMEND COMPLAINT**

WHEREAS on June 29, 2018, George L. Miller, the Chapter 7 Trustee (the "Trustee") for the Estates of the Debtors Our Alchemy, LLC and Anderson Digital, LLC, filed his complaint in the above-captioned adversary proceeding (the "Complaint");

WHEREAS certain of the above-listed Defendants filed motions to dismiss certain claims set forth in the Complaint (the "Motions to Dismiss");

WHEREAS the Motions to Dismiss were granted in part and denied in part;

WHEREAS certain Defendants have yet to file an Answer to the Complaint;

NOTICE IS HEREBY GIVEN THAT the Trustee does not intend to file a motion for leave to amend the Complaint at this time.

Dated: December 3, 2019

Respectfully submitted,

*/s/ John T. Carroll, III*

John T. Carroll, III (DE Bar No. 4060)
COZEN O'CONNOR
1201 North Market Street
Suite 1001
Wilmington, DE 19801
Tel: (302) 295-2028
Fax: (302) 295-2013
jcarroll@cozen.com

-and-

Steven M. Coren, Esq.
Benjamin M. Mather, Esq.
Andrew J. Belli, Esq.
KAUFMAN, COREN & RESS, P.C.
Two Commerce Square
2001 Market Street, Suite 3900
Philadelphia, PA 19103
Tel: (215) 735-8700
Fax: (215) 735-5170
scoren@kcr-law.com
bmather@kcr-law.com
abelli@kcr-law.com

*Counsel for Plaintiff*
*George L. Miller, Ch. 7 Trustee*