# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| OUR ALCHEMY, LLC, *et al.*, | ) | Case No. 16-11596-KG |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |
| | ) | |
| GEORGE L MILLER In His Capacity as Chapter 7 Trustee for the jointly administered bankruptcy estates of Our Alchemy, LLC and Anderson Digital, LLC, | ) ) ) ) ) | Adv. Proc. No. 18-50633 (KG) |
| Plaintiff, | ) | |
| v. | ) | |
| ANCONNECT, LLC; ANDERSON MERCHANDISERS, LLC; ANDERSON MERCHANDISERS CANADA, INC.; OA INVESTMENT PARTNERS LLC; OA INVESTMENT HOLDINGS LLC; VIRGO INVESTMENT GROUP, LLC; VIRGO SOCIETAS PARTNERS, LLC; VIRGO SOCIETAS PARTNERSHIP III (ONSHORE), L.P.; VIRGO SOCIETAS PARTNERSHIP III (OFFSHORE), L.P.; VIRGO SERVICE COMPANY LLC; ARC ENTERTAINMENT, LLC; ARDON MOORE; MARK PEREZ; JESSE WATSON; TODD DORFMAN; BILL LEE; STEPHEN LYONS; and FREYR THOR, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE OF ANCONNECT, LLC AND ANDERSON MERCHANDISERS, LLC'S FEDERAL RULE 26(A)(1) DISCLOSURES

I, Evelyn J. Meltzer, hereby certify that on the 13th day of April, 2020, copies of *ANConnect, LLC and Anderson Merchandisers, LLC's Federal Rule 26(a)(1) Disclosures* were served by electronic mail upon the following parties:

#57735115 v1

| | |
|---|---|
| John T. Carroll, III<br>COZEN O'CONNOR<br>1201 North Market Street, Suite 1001<br>Wilmington, DE 19801<br>jcarroll@cozen.com | Daren Brinkman and Kelsi J. Hunt<br>BRINKMAN PORTILLO RONK, APC<br>4333 Park Terrace Drive, Suite 205<br>Westlake Village, CA 91361<br>db@brinkmanlaw.com<br>kelsi@brinkmanlaw.com |
| Steven M. Coren, Benjamin M. Mather,<br>Andrew J. Belli, and Janice I. Daul<br>KAUFMAN COREN & RESS PC<br>Two Commerce Square<br>2001 Market Street<br>Suite 3900<br>Philadelphia, PA 19103<br>scoren@kcr-law.com; bmather@kcr-law.com<br>abelli@kcr-law.com; jdaul@kcr-law.com | David P. Primack<br>MCELROY, DEUTSCH, MULVANEY &<br>CARPENTER, LLP<br>300 Delaware Avenue<br>Suite 770<br>Wilmington, Delaware 19801<br>dprimack@mdmc-law.com |
| Mette H. Kurth<br>FOX ROTHSCHILD LLP<br>Citizens Bank Center<br>919 N. Market Street, Suite 300<br>Wilmington, DE 19801<br>mkurth@foxrothschild.com | Andrea Kim and Thomas Moss<br>DANIELS TREDENNICK LLP<br>6363 Woodway Dr., Suite 965<br>Houston, TX 77057<br>andrea.kim@dtlawyers.com<br>thomas@dtlawyers.com |
| Sharon Z. Weiss<br>BRYAN CAVE LEIGHTON PAISNER LLP<br>120 Broadway, Suite 300<br>Santa Monica, CA 90401-2386<br>sharon.weiss@bclplaw.com | Jason A. Gibson<br>THE ROSNER LAW GROUP LLC<br>824 Market Street, Suite 810<br>Wilmington, DE 19801<br>gibson@teamrosner.com |

Dated: April 14, 2020

**PEPPER HAMILTON LLP**

/s/ Evelyn J. Meltzer
David B. Stratton (DE No. 960)
Evelyn J. Meltzer (DE No. 4581)
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, Delaware 19899-1709
Telephone: (302) 777-6500
Facsimile: (302) 421-8390
strattond@pepperlaw.com
meltzere@pepperlaw.com

-and-

#57735115 v1

-3-

                    **ALSTON & BIRD LLP**
                    Grant T. Stein
                    David A. Wender
                    1201 West Peachtree Street
                    Atlanta, Georgia, 30309
                    Telephone: (404) 881-7000
                    Facsimile: (404) 881-7777
                    Grant.Stein@alston.com
                    David.Wender@alston.com

*Counsel to ANConnect, LLC and Anderson Merchandisers, LLC*

-3-

#57735115 v1