# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>OUR ALCHEMY, LLC, *et al.*,<br><br>Debtors. | Chapter 7<br><br>Case No. 16-11596 (JTD)<br><br>Jointly Administered |
| GEORGE L. MILLER as Chapter 7 Trustee for the Estates of Debtors Our Alchemy, LLC, and Anderson Digital, LLC,<br><br>Plaintiff,<br>v.<br>ANCONNECT, LLC; ANDERSON MERCHANDISERS, LLC; ANDERSON MERCHANDISERS CANADA, INC; OA INVESTMENT PARTNERS LLC; OA INVESTMENT HOLDINGS LLC; VIRGO INVESTMENT GROUP, LLC; VIRGO SOCIETAS PARTNERS, LLC; VIRGO SOCIETAS PARTNERSHIP III (ONSHORE), L.P.; VIRGO SOCIETAS PARTNERSHIP III (OFFSHORE), L.P.; VIRGO SERVICE COMPANY LLC; ARC ENTERTAINMENT, LLC; ARDON MOORE; MARK PEREZ; JESSE WATSON; TODD DORFMAN; BILL LEE; STEPHEN LYONE; and FREYR THOR,<br><br>Defendants. | Adv. No. 18-50633 (JTD) |

## NOTICE OF SERVICE

I, Jason A. Gibson, certify that on the 4th day of May, copies of *Defendants Jesse Watson's, Mark Perez's and Todd Dorfman's Initial Disclosures*, *Defendant OA Investment Holdings, LLC's Initial Disclosures*, *OA Investment Partners, LLC's Initial Disclosures*, *Defendants Virgo Investment Group, LLC's, Virgo Societas Partners, LLC's and Virgo Services Company, LLC's Initial Disclosures*, and *Defendants Societas Partners III (Onshore), L.P. and Virgo Societas*

*Partners III (Offshore), L.P.'s Initial Disclosures* pursuant to Federal Rule 26(a)(1) were served by electronic mail upon the following parties:

| | |
|---|---|
| John T. Carroll, III<br>COZEN O'CONNOR<br>1201 North Market Street, Suite 1001<br>Wilmington, DE 19801<br>jcarroll@cozen.com | Daren Brinkman and Kelsi J. Hunt<br>BRINKMAN PORTILLO RONK, APC<br>4333 Park Terrace Drive, Suite 205<br>Westlake Village, CA 91361<br>db@brinkmanlaw.com<br>kelsi@brinkmanlaw.com |
| Steven M. Coren, Benjamin M. Mather, Andrew J. Belli, and Janice I. Daul<br>KAUFMAN COREN & RESS PC<br>Two Commerce Square 2001<br>Market Street Suite 3900<br>Philadelphia, PA 19103<br>scoren@kcr-law.com; bmather@kcr-law.com<br>abelli@kcr-law.com; jdaul@kcr-law.com | David P. Primack<br>MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP<br>300 Delaware Avenue Suite 770<br>Wilmington, Delaware 19801<br>dprimack@mdmc-law.com |
| Mette H. Kurth<br>FOX ROTHCHILD, LLP<br>Citizens Bank Center<br>919 N. Market Street, Suite 300<br>Wilmington, DE 19801<br>mkurth@foxrothschild.com | Sharon Z. Weiss<br>BRYAN CAVE LEIGHTON PAISNER LLP<br>120 Broadway, Suite 300<br>Santa Monica, CA 90401-2386<br>sharon.weiss@bclplaw.com |
| Grant T. Stein and David A. Wender<br>ALSTON & BIRD LLP<br>1201 West Peachtree Street<br>Atlanta, GA 30309<br>Grant.Stein@alston.com<br>David.Wender@alston.com | Evelyn J. Meltzer and David B. Stratton<br>PEPPER HAMILTON LLP<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>P.O. Box 1709<br>Wilmington, DE 19899-1709<br>strattond@pepperlaw.com<br>meltzere@pepperlaw.com |

Dated: May 5, 2020
      Wilmington, Delaware      Respectfully submitted,

By: */s/ Jason A. Gibson*
**The Rosner Law Group LLC**
Frederick B. Rosner (DE 3995)
Scott J. Leonhardt (DE 4885)
Jason A. Gibson (DE 6091)
824 N. Market Street, Suite 810
Wilmington, DE 19801
Tel: 302-777-1111
Gibson@teamrosner.com

-and-

**Daniels & Tredennick, LLP**
Andrea Levin Kim
6363 Woodway, Suite 700
Houston, Texas 77057
Tel: 713-917-0024
Andrea.Kim@dtlawyers.com

*Counsel for Mark Perez, Jesse Watson, Todd Dorfman, OA Investment Holdings, LLC, OA Investment Partners, LLC, Virgo Investment Group, LLC; Virgo Societas Partners, LLC; and Virgo Service Company LLC, Virgo Societas Partners III (Onshore), L.P. and Virgo Societas Partnership III (Offshore), L.P.*