

May 18, 2020

**VIA ECF**

**John T. Carroll, III**
Direct Phone  302-295-2028
Direct Fax     215-701-2140
jcarroll@cozen.com

Honorable John T. Dorsey
United States Bankruptcy Judge
United States Bankruptcy Court
District of Delaware
824 N. Market Street, 5th Floor
Wilmington, DE  19801

Re:  *Miller v. ANConnect, LLC, et al.*
     Bankr. D. Del. Adv. No. 18-50633-JTD

Dear Judge Dorsey:

We together with Steven M. Coren of Kaufman, Coren & Ress, P.C., as special litigation counsel, represent plaintiff, George L. Miller, as Chapter 7 Trustee for the jointly administered Chapter 7 estates of Debtors Our Alchemy, LLC and Anderson Digital, LLC, (the "Trustee") in the above-captioned adversary proceeding.

We write on behalf of all parties to advise Your Honor of a dispute between the Trustee and the Defendants concerning a threshold discovery issue, and to seek the Court's intervention to resolve that dispute.

The Trustee is in possession of electronically stored information (ESI) obtained from the Debtors and a dispute has arisen as to the proper procedure for production of that information.

The parties have agreed, subject to Court approval, to submit letter briefs (not to exceed five (5) double spaced pages) setting forth their positions on or before May 27, 2020 and request a telephonic hearing be scheduled for a date after the submission of the letter briefs.

Thank you for the Court's consideration.

Respectfully,

COZEN O'CONNOR

By:    John T. Carroll, III
JTC/jld

cc:  (via e-mail) Counsel of Record; Attached Service List

LEGAL\46482876\2

Honorable John T. Dorsey
May 18, 2020
Page 2

_____

**Email Service List:**

| | |
|---|---|
| Steven M. Coren | SCoren@kcr-law.com |
| Andrew Belli | ABelli@kcr-law.com |
| Benjamin Mather | BMather@kcr-law.com |
| David Wender | David.Wender@alston.com |
| William Hao | William.Hao@alston.com |
| Grant Stein | Grant.Stein@alston.com |
| Kelsi Hunt | kelsi@brinkmanlaw.com |
| Andrea Kim | andrea@dtlawyers.com |
| Thomas Moss | thomas@dtlawyers.com |
| Evelyn J. Meltzer | meltzere@pepperlaw.com |
| Jason Gibson | Gibson@teamrosner.com |
| David P. Primack | dprimack@mdmc-law.com |
| Sharon Z. Weiss | sharon.weiss@bclplaw.com |
| Mette Kurth | mkurth@foxrothschild.com |
| Daren Brinkman | db@brinkmanlaw.com |