UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| OUR ALCHEMY, LLC, *et al.*, | ) | Case No. 16-11596-JTD |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |
| ──────────────────────── | ) | |
| GEORGE L MILLER In His Capacity as Chapter 7 Trustee for the jointly administered bankruptcy estates of Our Alchemy, LLC and Anderson Digital, LLC, | ) ) ) ) ) | |
| | ) | Adv. Proc. No. 18-50633 (JTD) |
| Plaintiff, | ) | |
| v. | ) | |
| ANCONNECT, LLC; ANDERSON MERCHANDISERS, LLC; ANDERSON MERCHANDISERS CANADA, INC.; OA INVESTMENT PARTNERS LLC; OA INVESTMENT HOLDINGS LLC; VIRGO INVESTMENT GROUP, LLC; VIRGO SOCIETAS PARTNERS, LLC; VIRGO SOCIETAS PARTNERSHIP III (ONSHORE), L.P.; VIRGO SOCIETAS PARTNERSHIP III (OFFSHORE), L.P.; VIRGO SERVICE COMPANY LLC; ARC ENTERTAINMENT, LLC; ARDON MOORE; MARK PEREZ; JESSE WATSON; TODD DORFMAN; BILL LEE; STEPHEN LYONS; and FREYR THOR, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**ANCONNECT, LLC'S MOTION FOR PARTIAL SUMMARY JUDGMENT
ON COUNTS I, II, III, AND V OF THE TRUSTEE'S COMPLAINT**

ANConnect, LLC ("**ANConnect**") hereby files this motion for partial summary judgment (the "**Motion**") and contemporaneous Brief in Support of Motion for Partial Summary Judgment (the "**Opening Brief in Support**", together with the Motion, the "**Motion for Partial Summary**

1

**Judgment**") on Counts I, II, III, and V of the Complaint (the "**Complaint**") filed in the above-captioned adversary proceeding by Plaintiff, George L. Miller, in his capacity as Chapter 7 Trustee ("**Trustee**" or "**Plaintiff**") for the jointly administered bankruptcy estates of Our Alchemy, LLC ("**OurAlchemy**") and Anderson Digital, LLC ("**Digital**" and, collectively with OurAlchemy, the "**Debtors**").  This Motion for Partial Summary Judgment is filed pursuant to Rule 56 of the Federal Rules of Civil Procedure (the "**Federal Rules**") and incorporated herein by Rule 7056 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and the Opening Brief in Support is filed in accordance with Del. Bankr. L.R. 7007-1 and 7007-2.

For the reasons set forth in the Opening Brief in Support filed contemporaneously herewith, ANConnect requests that this Court grant its motion on Counts I, II, III, and V of the Trustee's Complaint, as asserted against them, and that ANConnect be granted such other and further relief as is just and appropriate.

[*Remainder of page intentionally left blank*]

Dated: August 28, 2020
Wilmington, DE

Respectfully Submitted,

**TROUTMAN PEPPER HAMILTON SANDERS LLP**

/s/ Evelyn J. Meltzer
David B. Stratton (DE No. 960)
Evelyn J. Meltzer (DE No. 4581)
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, Delaware 19899-1709
Tel: (302)-777-6532
Fax: (302)-421-8390
strattond@troutman.com
meltzere@troutman.com

-and-

**ALSTON & BIRD LLP**
Grant T. Stein
David A. Wender
1201 West Peachtree Street
Atlanta, Georgia, 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
Grant.Stein@alston.com
David.Wender@alston.com

*Counsel to ANConnect, LLC*

3