# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| OUR ALCHEMY, LLC *et al.*[1] | Case No. 16-11596-JTD |
| Debtors. | Jointly Administered |
| | |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee for the jointly administered bankruptcy estates of Our Alchemy, LLC and Anderson Digital, LLC | Adv. Pro. No. 18-50633-JTD |
| Plaintiff, | |
| v. | |
| ANCONNECT, LLC, et al., | |
| Defendants. | |

## **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE THAT** Microsoft Corporation, Microsoft Licensing, GP, and Microsoft Online, Inc. ("Microsoft"), by the undersigned counsel, enter their appearance pursuant to Bankruptcy Rule 9010(b); and such counsel request, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and Sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in these cases be given and served upon them as follows:

> Joseph E. Shickich, Jr., Esq.
> FOX ROTHSCHILD LLP
> 1001 - 4th Avenue, Suite 4500
> Seattle, WA  98154
> Telephone:  (206) 624-3600

---

[1] The Debtors are: Our Alchemy, LLC, Case No. 16-11596 and Anderson Digital, LLC, Case No. 16-11597

Facsimile:  (206) 389-1708
jshickich@foxrothschild.com

Katelyn M. Crawford, Esq.
FOX ROTHSCHILD LLP
919 North Market Street, Suite 300
Wilmington, DE 19801
Telephone:  (302) 622-4241
Facsimile:  (302) 654-8920
kcrawford@foxrothschild.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, this demand includes not only notices and papers referred to in the Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, email, delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the referenced cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Microsoft's right (i) to have final orders in non-core matters and certain core matters entered by an Article III judge or entered only after de novo review by a higher court; (ii) to trial by jury in any proceeding so triable herein or in any related case, controversy or proceeding; (iii) to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which Microsoft is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

DATED:  October 9, 2020

**FOX ROTHSCHILD LLP**

*/s/ Katelyn M. Crawford*
Katelyn M. Crawford (DE No. 6591)
FOX ROTHSCHILD LLP
919 North Market Street, Suite 300

Wilmington, DE 19801
Telephone: (302) 622-4241
Facsimile: (302) 654-8920
Email: kcrawford@foxrothschild.com

AND

Joseph E. Shickich, Jr. (WSBA No. 8751)
FOX ROTHSCHILD LLP
1001 Fourth Avenue, Suite 4500
Seattle, Washington 98154
Telephone: (206) 624-3600
Facsimile: (206) 389-1709
Email: jshickich@foxrothschild.com

*Counsel to Microsoft Corporation, Microsoft Licensing, GP, and Microsoft Online, Inc.*

## **CERTIFICATE OF SERVICE**

I, Katelyn M. Crawford, hereby certify that on October 9, 2020, a true and correct copy of the *Notice of Appearance and Request for Service of Papers* was served to all parties of record via CM/ECF.

Dated: October 9, 2020                              */s/ Katelyn M. Crawford*
                                                                     Katelyn M. Crawford (DE No. 6591)