# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>OUR ALCHEMY, LLC, *et al.*[1]<br><br>　　　　　　　　　Debtors. | Chapter 7<br><br>Case No. 16-11596 (JTD)<br>(Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee for the jointly administered bankruptcy estates of Our Alchemy, LLC and Anderson Digital, LLC,<br>　　　　　　　　　Plaintiff,<br>　　　v.<br><br>ANCONNECT, LLC, *et al.*,<br><br>　　　　　　　　　Defendants. | Adv. No. 18-50633 (JTD) |

## CERTIFICATION OF COUNSEL REGARDING
## ENTRY OF SCHEDULING ORDER

I, John T. Carroll, III, counsel to George L. Miller, Chapter 7 Trustee (the "Trustee") for the estates (the "Estates") of the above-captioned debtors (the "Debtors") hereby certifies that the Trustee and the Defendants in the above-captioned adversary proceeding (the "Adversary Proceeding") have agreed to a form of Scheduling Order for the disposition of the Adversary Proceeding.

The Trustee respectfully requests that the Court enter the Scheduling Order in the Adversary Proceeding, a copy of which is attached hereto as Exhibit "A."

---

[1] The Debtors are: Our Alchemy, LLC, Case No. 16-11596 and Anderson Digital, LLC, Case No. 16-11597.

2

|  |  |
|---|---|
| Dated: December 4, 2020<br>Wilmington, DE | COZEN O'CONNOR<br><br>By: */s/ John T. Carroll, III*<br>John T. Carroll, III (DE No. 4060)<br>1201 N. Market Street<br>Suite 1001<br>Wilmington, DE 19801<br>(302) 295-2028 Phone<br>(302) 295-2013 Fax No.<br>jcarroll@cozen.com<br><br>-and-<br><br>Steven M. Coren, Esq.<br>Andrew J. Belli, Esq.<br>KAUFMAN, COREN & RESS, P.C.<br>Two Commerce Square<br>2001 Market Street, Suite 3900<br>Philadelphia, PA 19103<br>(215) 735-8700 Phone<br>(215) 735-5170 Fax No.<br>scoren@kcr-law.com<br>abelli@kcr-law.com<br><br>*Counsel to Plaintiff,*<br>*George L. Miller, Chapter 7 Trustee* |