## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| OUR ALCHEMY, LLC, *et al.*,[1] | Case No. 16-11596 (JTD) |
| *Debtors*. | Jointly Administered |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee for the jointly administered bankruptcy estates of Our Alchemy, LLC and Anderson Digital, LLC, | Adv. Pro. No. 18-50633 (JTD) |
| *Plaintiff*, v. | |
| ANCONNECT, LLC, *et al.*, | |
| *Defendants*. | |

### NOTICE OF SERVICE OF DISCOVERY
### PLAINTIFF'S OMNIBUS RESPONSES AND OBJECTIONS TO FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS OF THE VIRGO ENTITIES, THE VIRGO INDIVIDUALS, OA INVESTMENT HOLDINGS, LLC, AND OA INVESTMENT PARTNERS, LLC

I, John T. Carroll, III, counsel to Plaintiff, George L. Miller, in his capacity as Chapter 7 Trustee for the jointly administered bankruptcy estates of Our Alchemy, LLC and Anderson Digital, LLC in the above-captioned matter hereby certify I caused a copy of Plaintiff's Omnibus Responses and Objections to First Requests for Production of Documents of the Virgo Entities, the Virgo Individuals, OA Investment Holdings, LLC, and OA Investment Partners, LLC to be served via e-mail transmission and First Class U.S. Mail on January 29, 2021 upon the counsel to the Defendants identified on the service list attached hereto as Exhibit "A".

---

[1] The Debtors are: Our Alchemy, LLC, Case No. 16-11596 and Anderson Digital, LLC, Case No. 16-11597.

LEGAL\50768770\1 00601.0823.000/390810.000

Dated:  February 1, 2021

/s/ *John T. Carroll, III*
_____
John T. Carroll, III (DE Bar No. 4060)
COZEN O'CONNOR
1201 North Market Street
Suite 1001
Wilmington, DE 19801
Tel: (302) 295-2028
Fax: (302) 295-2013
jcarroll@cozen.com

-and-

Steven M. Coren, Esq.
Benjamin M. Mather, Esq.
Andrew J. Belli, Esq.
KAUFMAN, COREN & RESS, P.C.
Two Commerce Square
2001 Market Street, Suite 3900
Philadelphia, PA 19103
Tel: (215) 735-8700
Fax: (215) 735-5170
scoren@kcr-law.com
bmather@kcr-law.com
abelli@kcr-law.com

*Counsel for Plaintiff*
*George L. Miller, Ch. 7 Trustee*

2

**EXHIBIT "A"**

Evelyn J. Meltzer, Esquire
David B. Stratton, Esquire
Troutman Pepper Hamilton Sanders LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE 19899-1709
evelyn.meltzer@troutman.com
david.stratton@troutman.com
***Counsel to ANConnect, LLC***
***Counsel to Anderson Merchandisers, LLC***

Grant T. Stein, Esquire
William Hao, Esquire
David A. Wender, Esquire
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309
Grant.Stein@alston.com
William.hao@alston.com
David.Wender@alston.com
***Counsel to ANConnect, LLC***
***Counsel to Anderson Merchandisers, LLC***

David P. Primack, Esquire
McElroy, Deutsch, Mulvaney & Carpenter, LLP
300 Delaware Avenue
Suite 770
Wilmington, DE 19801
dprimack@mdmc-law.com
***Counsel to Freyr Thor***

Daren Brinkman, Esquire
Kelsi J. Hunt, Esquire
Brinkman Portillo Ronk, APC
4333 Park Terrace Drive
Suite 205
Westlake Village, CA 91361
db@brinkmanlaw.com
kelsi@brinkmanlaw.com
***Counsel to Freyr Thor***

3

Jason A. Gibson, Esquire
The Rosner Law Group LLC
824 Market Street
Suite 810
Wilmington, DE 19801
Gibson@teamrosner.com
***Counsel to***
***OA Investment Partners LLC and***
***OA Investment Holdings LLC***
***Virgo Investment Group, LLC***
***Virgo Societas Partners, LLC***
***Virgo Societas Partnership III (Onshore), L.P.***
***Virgo Societas Partnership III (Offshore), L.P.***
***Virgo Services Company LLC***
***Mark Perez***
***Jesse Watson***
***Todd Dorfman***

Andrea Kim, Esquire
Thomas Moss, Esquire
Daniels Tredennick LLP
6363 Woodway Dr.
Suite 965
Houston, TX 77057
andrea.kim@dtlawyers.com
thomas.moss@dtlawyers.com
***Counsel to***
***OA Investment Partners LLC***
***OA Investment Holdings LLC***
***Virgo Investment Group, LLC***
***Virgo Societas Partners, LLC***
***Virgo Societas Partnership III (Onshore), L.P.***
***Virgo Societas Partnership III (Offshore), L.P.***
***Virgo Services Company LLC***
***Mark Perez***
***Jesse Watson***
***Todd Dorfman***

Mette H. Kurth, Esquire
Culhane Meadows PLLC
12 Guyencourt Road
Wilmington, DE 19807
302-660-8331
mkurth@cm.law
***Counsel to Stephen Lyons***

Sharon Z. Weiss, Esquire
Bryan Cave Leighton Paisner LLP
120 Broadway
Suite 300
Santa Monica, CA 90401-2386
sharon.weiss@bclplaw.com
**_Counsel to Stephen Lyons_**