# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| OUR ALCHEMY, LLC, *et al.*,[1] | Case No. 16-11596-JTD |
| *Debtors*. | Jointly Administered |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee for the jointly administered bankruptcy estates of Our Alchemy, LLC and Anderson Digital, LLC, | Adv. Pro. No. 18-50633-JTD |
| *Plaintiff*, v. | |
| ANCONNECT, LLC, *et al.*, | |
| *Defendants*. | |

## STATUS REPORT AND MEDIATION STATUS UPDATE

George L. Miller (the "Trustee"), Chapter 7 Trustee for the jointly administered estates of Our Alchemy, LLC and Anderson Digital, LLC, hereby files this status report (the "Report") pursuant to the Scheduling Order entered by the Bankruptcy Court on December 4, 2020.

---

[1] The Debtors are: Our Alchemy, LLC, Case No. 16-11596 and Anderson Digital, LLC, Case No. 16-11597.

1

2

As of the date of this Report the parties are proceeding with discovery in accordance with the Scheduling Order. The parties have also agreed on a mediator and are working towards selecting a date for mediation.

Dated: May 3, 2021 /s/ John T. Carroll, III

_____
John T. Carroll, III (DE Bar No. 4060)
COZEN O'CONNOR
1201 North Market Street
Suite 1001
Wilmington, DE 19801
Tel: (302) 295-2028
Fax: (302) 295-2013
jcarroll@cozen.com

-and-

Steven M. Coren, Esq.
Benjamin M. Mather, Esq.
Andrew J. Belli, Esq.
KAUFMAN, COREN & RESS, P.C.
Two Commerce Square
2001 Market Street, Suite 3900
Philadelphia, PA 19103
Tel: (215) 735-8700
Fax: (215) 735-5170
scoren@kcr-law.com
bmather@kcr-law.com
abelli@kcr-law.com

*Counsel for Plaintiff*
*George L. Miller, Ch. 7 Trustee*