IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| OUR ALCHEMY, LLC, *et al.*[1] | Case No. 16-11596 (JTD) (Jointly Administered) |
| Debtors. | Related Doc. No. 927 |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee for the jointly administered bankruptcy estates of Our Alchemy, LLC and Anderson Digital, LLC | |
| Plaintiff, | |
| v. | Adv. No.    18-50633 (JTD) |
| ANCONNECT, LLC; et al., | Related Doc. No. 202 |
| Defendants. | |

**CERTIFICATION OF COUNSEL REGARDING SUBMISSION OF REVISED ORDER REGARDING MOTION OF CHAPTER 7 TRUSTEE PURSUANT TO FED. R. BANKR. P. 9019 FOR ORDER APPROVING SETTLEMENT AGREEMENT BETWEEN PLAINTIFF GEORGE L. MILLER, CHAPTER 7 TRUSTEE AND DEFENDANTS VIRGO INVESTMENT GROUP, LLC; VIRGO SOCIETAS PARTNERS, LLC; VIRGO SOCIETAS PARTNERSHIP III (ONSHORE), L.P.; VIRGO SOCIETAS PARTNERSHIP III (OFFSHORE), L.P.; VIRGO SERVICE COMPANY, LLC; OA INVESTMENT PARTNERS, LLC; OA INVESTMENT HOLDINGS, LLC; JESSE WATSON; MARK PEREZ; AND TODD DORFMAN**

I, John T. Carroll, III counsel for George L. Miller the chapter 7 trustee (the "Trustee"), for the bankruptcy estates (the "Estates") of the above-captioned debtors (the "Debtors"), hereby certify as follows:

---

[1] The Debtors are: Our Alchemy, LLC, Case No. 16-11596 and Anderson Digital, LLC, Case No. 16-11597.

1. On October 26, 2021 the Trustee through his counsel filed the *Motion of Chapter 7 Trustee Pursuant to Fed. R. Bankr. P. 9019 for Order Approving Settlement Agreement Between Plaintiff George L. Miller, Chapter 7 Trustee And Defendants Virgo Investment Group, LLC; Virgo Societas Partners, LLC; Virgo Societas Partnership III (Onshore), L.P.; Virgo Societas Partnership III (Offshore), L.P.; Virgo Service Company, LLC; OA Investment Partners, LLC; OA Investment Holdings, LLC; Jesse Watson; Mark Perez; and Todd Dorfman*; [Filed 10/26/2021; Docket No. 927; Adv. Docket No. 202] (the "Motion").[2]

2. Since filing the Motion, the Trustee received certain comments (the "Comments") to the form of the proposed Order as originally filed with the Motion from counsel to (i) Pacific Mercantile Bank, (ii) Emigrant Bank, and (iii) SunTrust Bank (n/k/a Truist Bank).

3. The Trustee has revised the proposed Order (the "Revised Proposed Order") approving the Motion to address the Comments and the revisions are acceptable to (i) Pacific Mercantile Bank, (ii) Emigrant Bank, and (iii) SunTrust Bank (n/k/a Truist Bank). A copy of the Revised Proposed Order is attached hereto as Exhibit "1" and a redlined version of the Revised Proposed Order against the Order as originally filed with the Motion is attached hereto as Exhibit "2".

4. Additionally, the Trustee through his counsel circulated the Revised Proposed Order to counsel to the Virgo Defendants and counsel for non-settling defendant, Freyr Thor; non-settling defendant, Stephen Lyons; non-settling defendant, ANConnect, LLC; and non-settling defendant, Anderson Merchandisers, LLC who have advised that they have no objection to the entry of the Revised Proposed Order.

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

5.  Other than the Comments which have been resolved, no answer, objection or other responsive pleading to the Motion has been received by the Trustee.[3] The undersigned further certifies that I have caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the Motion appears to be filed thereon.  Pursuant to the Motion, objections to same were to be filed and served no later than November 11, 2021 at 4:00 p.m. (EST) and the Trustee provided an extension to respond to the Motion to Pacific Mercantile Bank and Emigrant Bank through November 16, 2021 at 10:00 a.m.

It is hereby respectfully requested that the Revised Proposed Order attached hereto as Exhibit "1" be entered at the earliest convenience of the Court.

Date:  November 16, 2021
       Wilmington, DE

COZEN O'CONNOR

By:   */s/ John T. Carroll, III*
      John T. Carroll, III (DE No. 4060)
      1201 North Market Street
      Suite 1001
      Wilmington, DE  19801
      302-295-2000
      302-295-2013 Fax
      jcarroll@cozen.com

      *Counsel to the Chapter 7 Trustee,*
      *George L. Miller*

---

[3] A Statement of Defrauded Lenders in Response to the Motion [Doc. No. 935; Adv. Docket No. 205] was filed by Pacific Mercantile Bank and Emigrant Bank; however, Pacific Mercantile Bank and Emigrant Bank do not object to the approval of the Motion and the entry of the Revised Proposed Order.