# EXHIBIT "A"

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>OUR ALCHEMY, LLC, *et al.*,<br><br>*Debtors*.[1] | Chapter 7<br><br>Case No. 16-11596-JTD<br>(Jointly Administered)<br><br>Related Doc. No. _____ |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee for the jointly administered bankruptcy estates of Our Alchemy, LLC and Anderson Digital, LLC,<br><br>*Plaintiff*,<br>v.<br><br>ANCONNECT, LLC, *et al.*,<br><br>*Defendants*. | Adv. Pro. No. 18-50633-JTD<br><br>Related Doc. No. _____ |

**ORDER**

Upon consideration of the motion of Chapter 7 Trustee *for Entry of Bar Order and Sanctions for Violating the Automatic Stay Against the Usurping Banks* (the "Motion");[2] and after notice and hearing; and the Bankruptcy Court being satisfied that the Emigrant Bank and Pacific Mercantile Bank (collectively, the "Usurping Banks") have attempted to usurp and assert claims against Virgo Investment Group, LLC and its affiliates that are property of the Debtors' Bankruptcy Estate and may only be prosecuted by the Trustee, and as to which the Trustee has

---

[1] The Debtors are: Our Alchemy, LLC, Case No. 16-11596 and Anderson Digital, LLC, Case No. 16-11597.

[2] Capitalized terms shall have the same meaning ascribed in the Motion unless otherwise defined herein.

entered into a settlement agreement approved by this Court on November 17, 2021, it is hereby **ORDERED**:

1. The Motion is **GRANTED**.

2. The Usurping Banks are hereby permanently barred, restrained, and enjoined from instituting, reinstituting, intervening in, initiating, commencing, maintaining, continuing, filing, encouraging, soliciting, supporting, participating in, collaborating in, otherwise prosecuting, or otherwise pursuing or litigating in any manner any action, lawsuit, cause of action, claim, investigation, demand, complaint, or proceeding of any nature relating to the Debtors, including, but not limited to, litigation, arbitration, or other proceeding, in any forum against any or all of Virgo Investment Group, LLC; Virgo Societas Partners, LLC; Virgo Societas Partnership III (Onshore), L.P.; Virgo Societas Partnership III (Offshore), L.P.; Virgo Service Company, LLC; OA Investment Partners, LLC; OA Investment Holdings, LLC; Jesse Watson; Mark Perez; and Todd Dorfman.

3. Notice of the Motion given to the Notice Parties, as provided in the Motion, is adequate, sufficient and satisfies the required notice to be provided of the Motion.

4. The Bankruptcy Court retains jurisdiction with respect to all matters arising from or related to the implementation and/or enforcement of this Order.