**EXHIBIT C**

**From:** Steven Coren <SCoren@kcr-law.com>
**Sent:** Wednesday, September 22, 2021 7:22 AM
**To:** Sage Vanden Heuvel <sagevandenheuvel@quinnemanuel.com>; jcarroll@cozen.com; Ben Mather <BMather@kcr-law.com>; Andrew Belli <ABelli@kcr-law.com>
**Cc:** Gary E. Gans <garygans@quinnemanuel.com>
**Subject:** RE: Miller v. ANConnect, Adv. Pro. No. 18-50633-JTD

**[EXTERNAL EMAIL from scoren@kcr-law.com]**

Counsel:

In response to your email, please be advised that the Trustee will not participate in or provide "informal discovery."

Regards,

STEVEN


STEVEN M. COREN
KAUFMAN, COREN & RESS, P.C.
Two Commerce Square, Suite 3900
2001 Market Street

Philadelphia, PA  19103
Office: (215) 735-8700
Cell: (215) 498-8700
Fax: (215) 735-5170
E-mail: scoren@kcr-law.com
Website: www.kcr-law.com



**From:** Sage Vanden Heuvel <sagevandenheuvel@quinnemanuel.com>
**Sent:** Tuesday, September 21, 2021 6:35 PM
**To:** jcarroll@cozen.com; Steven Coren <SCoren@kcr-law.com>; Ben Mather <BMather@kcr-law.com>; Andrew Belli <ABelli@kcr-law.com>
**Cc:** Gary E. Gans <garygans@quinnemanuel.com>
**Subject:** RE: Miller v. ANConnect, Adv. Pro. No. 18-50633-JTD

Counsel,

I am reaching out again regarding our prior request to informally obtain the discovery from the above-captioned adversary proceeding.  Please let us know if this is something you are willing to do.  If you would prefer, we can issue a subpoena as the documents are likely highly relevant to the lawsuit we have filed against Virgo.

Best,
Sage

**Sage R. Vanden Heuvel**
*Associate*
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
213-443-3657 Direct
213-443-3000 Main Office Number
213-443-3100 Fax
sagevandenheuvel@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Sage Vanden Heuvel
**Sent:** Monday, August 23, 2021 12:49 PM
**To:** jcarroll@cozen.com; scoren@kcr-law.com; bmather@kcr-law.com; abelli@kcr-law.com
**Cc:** Gary E. Gans <garygans@quinnemanuel.com>
**Subject:** Miller v. ANConnect, Adv. Pro. No. 18-50633-JTD

Counsel,

We represent Emigrant Bank and Pacific Mercantile Bank, two of the Lenders under the Amended and Restated Revolving Credit and Term Loan Agreement dated as of July 9, 2015 ("Amended Credit Agreement").  We recently filed a

lawsuit against certain Virgo entities and individuals in New York state court relating to the Amended Credit Agreement.  We understand that fact discovery has been ongoing for some time in the above-captioned adversary proceeding.  We expect that there will be substantial overlap in the discovery we take in our lawsuit.  Therefore, we would like to discuss with you whether we can informally share our discovery in these two actions.

Please let us know your thoughts and if you would be available for a call to discuss further.

Best,
Sage

**Sage R. Vanden Heuvel**
*Associate*
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
213-443-3657 Direct
213-443-3000 Main Office Number
213-443-3100 Fax
sagevandenheuvel@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.