IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>OUR ALCHEMY, LLC, *et al.*,<br><br>            *Debtors.*[1] | Chapter 7<br><br>Case No. 16-11596-JTD<br>(Jointly Administered)<br><br>Related Doc. No. 963 |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee for the jointly administered bankruptcy estates of Our Alchemy, LLC and Anderson Digital, LLC,<br><br>            *Plaintiff*,<br>v.<br><br>ANCONNECT, LLC, *et al.*,<br><br>            *Defendants.* | Adv. Pro. No. 18-50633-JTD<br><br>Related Doc. No. 223 |

**CERTIFICATION OF SERVICE REGARDING MOTION OF CHAPTER 7 TRUSTEE PURSUANT TO FED. R. BANKR. P. 9019 FOR AN ORDER APPROVING SETTLEMENT AGREEMENT BETWEEN PLAINTIFF GEORGE L. MILLER, CHAPTER 7 TRUSTEE AND DEFENDANT FREYR THOR**

     I, John T. Carroll, III, counsel to George L. Miller, the Chapter 7 trustee (the "Trustee") of the jointly administered bankruptcy estates of Our Alchemy, LLC ("Alchemy") and Anderson Digital, LLC (collectively with Alchemy, the "Debtors"), hereby certify that on January 24, 2022 I caused a true and correct copy of the *Motion of Chapter 7 Trustee Pursuant to Fed. R. Bankr. P. 9019 for an Order Approving Settlement Agreement Between Plaintiff George L. Miller, Chapter 7 Trustee and Defendant Freyr Thor* [Filed 1/24/2022; Docket Nos. 963, 223] (the "Motion") to

---

[1] The Debtors are: Our Alchemy, LLC, Case No. 16-11596 and Anderson Digital, LLC, Case No. 16-11597.

be served on the parties identified on the service list attached hereto incorporated herein and marked as Exhibit "A" via U.S. First Class Mail.

Notice of the filing the Motion was received by way of electronic service via a Notice of Electronic Filing through the Court's CM/ECF System including registered participants of the Case Management/Electronic Case Files System (CM/ECF) in the United States Bankruptcy Court for the District of Delaware on the parties identified on the e-mail service list attached hereto incorporated herein and marked as Exhibit "B".

Dated: January 26, 2022

COZEN O'CONNOR

By: */s/ John T. Carroll, III*
John T. Carroll, III (DE No. 4060)
1201 N. Market Street
Suite 1001
Wilmington, DE 19801
Tel: (302) 295-2028
jcarroll@cozen.com

*Counsel to the Chapter 7 Trustee,*
*George L. Miller*

2

# EXHIBIT "A"

**In re: Our Alchemy, LLC et al**
**Case No. 16-11596 (JTD)**
**Trustee Miller v. ANConnect, LLC**
**Adv. No. 18-50633**

**Service List:**
**[Doc. No. 963/223] Freyr Thor 9019 Motion**

Robert J. Dehney, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P O. Box 1347
Wilmington, DE 19899-1347
*Counsel to the Debtor*

George L. Miller
Miller Coffey Tate LLP
1628 John F Kennedy Blvd.
Suite 950
Philadelphia, PA 19103
*Chapter 7 Trustee*

Richard L. Schepacarter, Esquire
Office of the United States Trustee
U. S. Department of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801

Office of the United States Trustee
Attn: Mark Kenney, Esquire
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

Ricardo Palacio, Esquire
Ashby & Geddes, P.A.
500 Delaware Avenue,
8th Floor
Wilmington, DE 19899-1150
*Counsel to SunTrust Bank*

David P. Simonds, Esq.
Alissa Miller, Esq.
Yochun Katie Lee, Esq.
Akin Gump Strauss Hauer & Feld LLP
1999 Avenue of the Stars, Suite 600
Los Angeles, CA 90067-6022
*Counsel to SunTrust Bank*

Alan G. Tippie, Esquire
SulmeyerKupetz
A Professional Corporation
333 South Hope Street
35th Floor
Los Angeles, CA 90071
*Counsel to Momentum Pictures LLC and*
*Entertainment One Films*

Jeffrey C. Wisler, Esquire
Connolly Gallagher, LLP
1000 N. West Street
Suite 1400
Wilmington, DE 19801
*Counsel to George Bush Pres. Library Foundation*

David A. Zdunkewisz, Esquire
Andrews Kurth LLP
600 Travis, Suite 4200
Houston, TX 77002
**_Counsel to George Bush Pres. Library Foundation_**

James R. Cope, Director of Contract Compliance
Film Musicians Secondary Markets Fund
15910 Ventura Boulevard
Suite 900
Encino, CA 91436

Steven M. Berman, Esquire
Shumaker, Loop & Kendrick, LLP
101 E. Kennedy Boulevard, Suite 2800
Tampa, FL 33602
**_Counsel to AMBI Exclusive Acquisitions Co., Fast Track
Films USA, LLC, Kappa Undercover Pictures, LLC and
Walleye Productions, LLC_**

Thomas M. Horan, Esquire
Shaw Fishman Glantz & Towbin LLC
300 Delaware Avenue
Suite 1370
Wilmington, DE 19801
**_Counsel to Nu Image Inc_**.

Michael S. Elkin, Esquire
Thomas Patrick Lane, Esquire
Seth E. Spitzer, Esquire
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166
**_Counsel to Nu Image Inc._**

Beth M. Brownstein, Esquire
Arent Fox LLP
1675 Broadway
New York, NY 10019
**_Counsel to Fireline Network Solutions, Inc._**

Andy Kong, Esquire
Arent Fox LLP
555 West Fifth Street
48th Floor
Los Angeles, CA 90013-1065
**_Counsel to Fireline Network Solutions, Inc._**

Law Offices of Lee Sacks
Lee Sacks, Esquire
2633 Lincoln Boulevard
Suite 116
Santa Monica, CA 90401
**_Counsel to Key Pix Productions, Inc._**

Vertical Entertainment, LLC
c/o Wolf, Rifkin & Shapiro, Schulman & Rabkin, LLP
Attn: Simon Aron, Esq.
11400 West Olympic Boulevard
9th Floor
Los Angeles, CA 90064-1582

Harvey S. Schochet, Esquire
Davis Wright Tremaine LLP
505 Montgomery Street
Suite 800
San Francisco, CA 94111
**Counsel to Pacific Mercantile Bank (Costa Mesa)**

Jason Wallach, Esquire
Gipson Hoffman & Pancione
1901 Avenue of the Stars
Suite 1100
Los Angeles, CA  90067
**Counsel to The Film Arcade, LLC**

Evan C. Borges, Esquire
Greenberg Gross LLP
650 Town Center Drive
Suite 1700
Costa Mesa, CA 92626
**Counsel to Bagdasarian Productions LLC**

Alan G. Tippie, Esquire
SulmeyerKupetz PC
333 South Hope Street
35th Floor
Los Angeles, CA 90071
**Counsel to Welcome to Me, LLC**

Elissa D. Miller, Esquire
SulmeyerKupetz PC
333 South Hope Street
35th Floor
Los Angeles, CA 90071
**Counsel to Welcome to Me, LLC**

L. Katie Mason, Esquire
Reinhart Boerner Van Deuren s.c.
1000 North Water Street
Suite 1700
Milwaukee, WI 53202
**Counsel to Mainsail, LLC**

Jeremy W. Ryan, Esquire
Ryan M. Murphy, Esquire
1313 North Market Street
Sixth Floor
P.O. Box 951
Wilmington, DE 19899
**Counsel to Wal-Mart Stores, Inc.**

Michael Busenkell, Esquire
Evan Rassman, Esquire
Gellert Scali Busenkell & Brown, LLC
1201 North Orange Street,
Suite 300
Wilmington, Delaware 19801
**Counsel to Inception Media Group, LLC**

Heike M. Vogel, Esquire
Eric H. Horn, Esquire
Vogel Bach & Horn, LLP
1441 Broadway
5th Floor
New York, NY 10018
**Counsel to Sony DADC US Inc. and Sony Interactive Entertainment America LLC**

Scott James Leonhardt, Esquire
The Rosner Law Group LLC
824 Market Street
Suite 810
Wilmington, DE 19801
**Counsel to Netflix, Inc.**

Shane J. Moses, Esquire
McNutt Law Group LLP
219 9th Street
San Francisco, CA 94103
**Counsel to Netflix, Inc.**

Susan E. Kaufman, Esquire
Law Office of Susan E. Kaufman, LLC
919 N. Market Street
Suite 460
Wilmington, DE 19801
**Counsel to Directors Guild of America, Inc. et al**

Joseph A. Kohanski, Esquire
David E. Ahdoot, Esquire
Kirk Prestegard, Esquire
Bush Gottlieb A Law Corporation
801 N. Brand Blvd., Suite 950
Glendale, CA 91203
**Counsel to Directors Guild of America, Inc. et al**

Rosendo Gonzalez, Esquire
Gonzalez & Associates
530 W. Hewitt Street
Suite 148
Los Angeles, CA  90013
**Counsel to Laguna Productions, Inc.**

Frederick Shefte, President
Hannover House, Inc.
1428 Chester Street
Suite A
Springdale, AR  72764

Theodore J. Tacconelli, Esquire
Ferry Joseph, P.A.
824 Market Street
Suite 1000
Wilmington, DE 19801
**Counsel to Film Musicians Secondary Markets Fund**

Mark M. Sharf, Esquire
Merritt, Hagen & Sharf, LLP
5950 Canoga Ave, #400
Woodland Hills, CA 91367
**Counsel to Film Musicians Secondary Markets Fund**

Brian L. Cella, Esquire
Cella Lange & Cella LLP
P.O Box 2366
Walnut Creek, CA  94593-0366

Lance N. Jurich, Esquire
Loeb & Loeb LLP
10100 Santa Monica Blvd.,
Suite 2200
Los Angeles, CA 90067-4120
**Counsel to Virgo Investment Group LLC**

Abrams Garfinkel, Esquire
Margolis Bergson, LLP
Attn: Michael J. Weiss, Esq.
5900 Wilshire Boulevard
Suite 2250
Los Angeles, California 90036
**Counsel to Four In a Billion Pictures, LLC**

"J" Jackson Shrum, Esquire
Werb & Sullivan
300 Delaware Avenue
Suite 1300
P.O. Box 25046
Wilmington, DE 19801
**Counsel to Michael Reilly & RTV Pictures, LLC**

Lawrence M. Jacobson
Glickfeld, Fields & Jacobson LLP
8383 Wilshire Boulevard
Suite 341
Beverly Hills, California 90211
**Counsel to Showtime Networks, Inc.**

Tara L. Lattomus, Esquire
Eckert Seamans Cherin & Mellott, LLC
222 Delaware Avenue
7th Floor
Wilmington, DE 19801
**Counsel to Contentbridge Systems, LLC**

Sagar Parikh, Esquire
Beverly Hills Law Corp. PC
433 N. Camden Drive
6th Floor
Beverly Hills, CA 90210
**Counsel to Contentbridge Systems, LLC**

Shawn M. Christianson, Esquire
Buchalter Nemer, A Professional Corporation
55 Second Street
17th Floor
San Francisco, CA  94105-3493
**Counsel to Oracle America, Inc.**

L. Katherine Good, Esquire
Whiteford, Taylor & Preston LLC
The Renaissance Centre
Suite 500
405 North King Street
Wilmington, Delaware 19801
**Counsel to Maljack Productions, Inc. d/b/a MPI**

Robert M. Andalman, Esquire
Alexis Hawker, Esquire
A&G LAW LLC
542 South Dearborn St.
10th Floor
Chicago, Illinois 60605
**Counsel to Maljack Productions, Inc. d/b/a MPI**

Kevin J. Leichter, Esquire
The Leichter Firm, APC
10203 Santa Monica Boulevard
Fourth Floor
Los Angeles, California 90067
**Counsel to SP Sales & Distribution LLC**

Steven R. Fox, Esquire
Law Offices of Steven R. Fox
17835 Ventura Blvd.
Suite 306
Encino, CA 91316
***Counsel to Industry Releasing Inc.***

Kerri K. Mumford, Esquire
Joseph D. Wright, Esquire
Travis J. Ferguson, Esquire
Landis Rath & Cobb LLP
919 Market Street
Suite 1800
Wilmington, DE 19801
***Counsel to Industry Releasing Inc.***

Amir Gamliel, Esquire
Perkins Coie LLP
1888 Century Park E
Suite 1700
Los Angeles, CA 90067-1721
***Counsel to Physical Media Distribution LLC***

Industry Releasing, Inc.
100 Universal City Plaza #5183
Universal City, California 91608

Neil B. Glassman, Esquire
GianClaudio Finizio, Esquire
Bayard, P.A.
600 N. King Street
Suite 400
Wilmington, DE 19801
***Counsel to Magnolia Productions and THN Movie LLC***

Denver Documentary Collective, LLC
Attn: Alison Millice, President
1361 South Clayton Street
Denver, Colorado 80210

Kate Roggio Buck, Esq.
Shannon D. Humiston, Esq.
McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
***Counsel for United Independent Media LLC***
***Counsel for UP Entertainment, LLC***

Marc S. Casarino, Esq.
White and Williams LLP
Courthouse Square
600 N. King Street
Suite 800
Wilmington, DE 19801
***Counsel for Google LLC (f/k/a Google Inc.)***
***and Google Ireland Limited***

Steven E. Ostrow, Esquire
White and Williams LLP
7 Times Square
Suite 2900
New York, NY 10036-6524
***Counsel for Google LLC (f/k/a Google Inc.)***
***and Google Ireland Limited***

Aitor Gaizka Sempere Y Llona
Alberic 5 03730 Javea
Alicante
Spain

**END 2002 SERVICE PARTIES**

Evelyn J. Meltzer, Esquire
David B. Stratton, Esquire
Troutman Pepper Hamilton Sanders LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE 19899-1709
***Counsel to ANConnect, LLC***
***Counsel to Anderson Merchandisers, LLC***

Grant T. Stein, Esquire
William Hao, Esquire
David A. Wender, Esquire
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309
***Counsel to ANConnect, LLC***
***Counsel to Anderson Merchandisers, LLC***

David P. Primack, Esquire
McElroy, Deutsch, Mulvaney & Carpenter, LLP
300 Delaware Avenue
Suite 770
Wilmington, DE 19801
***Counsel to Freyr Thor***

Daren Brinkman, Esquire
Kelsi J. Hunt, Esquire
Brinkman Portillo Ronk, APC
4333 Park Terrace Drive
Suite 205
Westlake Village, CA 91361
***Counsel to Freyr Thor***

Jason A. Gibson, Esquire
The Rosner Law Group LLC
824 Market Street
Suite 810
Wilmington, DE 19801
***Counsel to the Virgo Defendants***

Andrea Levin Kim, Esquire
Thomas Moss, Esquire
Daniels Tredennick LLP
6363 Woodway Dr.
Suite 700
Houston, TX 77057
***Counsel to the Virgo Defendants***

Mette H. Kurth, Esquire
Culhane Meadows PLLC
12 Guyencourt Road
Wilmington, DE 19807
***Counsel to Stephen Lyons***

Sharon Z. Weiss, Esquire
Bryan Cave Leighton Paisner LLP
120 Broadway
Suite 300
Santa Monica, CA 90401-2386
***Counsel to Stephen Lyons***

ARC Entertainment, LLC
201 Main Street
Suite 3200
Fort Worth, TX 76102
Attn: President, Officer, Managing and/or
General Agent, Or, Other Agent

ARC Entertainment, LLC
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

Bill Lee
701 Ocean Avenue
#103
Santa Monica, CA 90402

William A. Hazeltine, Esquire
Sullivan Hazeltine Allinson LLC
919 North Market Street
Suite 420
Wilmington, DE 19801
*Counsel to Ardon Moore*

**USURPING BANKS**

Emigrant Bank
Attn:  Dan Mandel
c/o Aperture Media Partners
8730 Sunset Boulevard Suite 490
Los Angeles, CA  90069-2248

Pacific Mercantile Bank
PAC MERC BK NEWBC
949 South Coast Drive
Costa Mesa, CA  92626-7733

Pacific Mercantile Bank
Attn:  Sandy McKerroll
9720 Wilshire Blvd.
Suite 100
Beverly Hills,  CA  90212-2005

Pacific Mercantile Bank
9720 Wilshire Blvd.
Suite 100
Beverly Hills,  CA  90212-2005

L. Katherine Good
Potter Anderson & Corroon LLP
1313 N. Market Street
6th Floor
Wilmington, Delaware 19801
***Counsel to Emigrant Bank and Pacific Mercantile Bank***

Victor Noskov, Esq.
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue
22nd Floor
New York, New York 10010
***Counsel to Emigrant Bank and Pacific Mercantile Bank***

Devin van der Hahn, Esq.
Quinn Emanuel Urquhart & Sullivan, LLP
711 Louisiana Street
Suite 500
Houston, Texas 77002
***Counsel to Emigrant Bank and Pacific Mercantile Bank***

**NOTICING TAXING AND GOVERNMENT AUTHORITIES**

Delaware State Treasury
820 Silver Lake Blvd.,
Suite 100
Dover, DE 19904

Delaware Division of Revenue
Bankruptcy Service
Zillah A. Frampton
Bankruptcy Administrator
Division of Revenue/Bankruptcy Services
Carvel State Office Building, 8th floor
Wilmington, Delaware 19801

Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 898
Dover, DE 19903

Delaware Secretary of State
Division of Corporations
John G. Townsend Bldg.
401 Federal Street, – Suite 4
Dover, DE 19901

Securities & Exchange Commission
100 F Street, NE
Washington, DC 20549

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
31 Hopkins Plaza
GP 4, Room 1150
Baltimore, MD 21201

Bettina Dunn, Paralegal Specialist (3RC60)
US EPA Region 3
Office of Regional Counsel
1650 Arch Street
Philadelphia, PA 19103

Social Security Administration
Office of the General Counsel, Region III
300 Spring Garden Street
Philadelphia, PA 19123

Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460

**END NOTICING TAXING AND GOVERNMENT AUTHORITIES**

**FIRST LIEN LENDERS:**

SunTrust Bank
3300 Northside Parkway
Atlanta, GA  30327-2247

SunTrust Bank
Attn:  J. Matthew Rowand
303 Peachtree Street
32nd Floor
Atlanta, GA  30308-3201

SunTrust Bank
P.O. Box 305183
Nashville, TN  37230-5183

SunTrust Bank as Administrative Agent
303 Peachtree Street
32nd Floor
Atlanta, GA  30308-3201

SunTrust Robinson Humphrey, Inc.
3333 Peachtree Road Northeast
Atlanta, GA  30326

Pacific Mercantile Bank
Attn:  Sandy McKerroll
9720 Wilshire Blvd.
Suite 100
Beverly Hills,  CA  90212-2005

Pacific Mercantile Bank
9720 Wilshire Blvd.
Suite 100
Beverly Hills,  CA  90212-2005

Pacific Mercantile Bank
PAC MERC BK NEWBC
949 South Coast Drive
Costa Mesa, CA  92626-7733

Emigrant Bank
Attn:  Dan Mandel
c/o Aperture Media Partners
8730 Sunset Boulevard Suite 490
Los Angeles, CA  90069-2248

Preferred Bank
Attn:  Anna Bagdasarian SVP
600 California Street
Suite 550
San Francisco, CA  94108-2729

OA Investment Holdings LLC
c/o Stellar Corporate Services LLC
3500 South Dupont Highway
Dover, DE  19901

**TOP TWENTY UNSECURED CREDITORS:**

Sony DADC US Inc.
Attn:  Compliance Manager
1800 N. Fruitridge Avenue
Terre Haute, IN  47804

Anderson Merchandisers LLC
Attn:  President
421 S.E. 34th Avenue
Amarillo, TX  79103

FUNimation Productions, Ltd
Attn:  General Counsel
1200 Lakeside Parkway
Building 1
Flower Mound, TX  75028

PBS
Attn:  Tina Luckey, Controller
2100 Crystal Drive
Arlington, VA  22202

AMBI Distribution
Attn:  Julie Sultyan, President
9454 Wilshire Boulevard
Suite M-16
Beverly Hills, CA  90212.

Nu Image, Inc.
Attn:  Trevor Short
6423 Wilshire Boulevard
Los Angeles, CA  90048

MPA Media Group
16101 South 108th Avenue
Orland Park,  IL  60467

CJ Entertainment
Attn:  Rick Buehler
5700 Wilshire Blvd.
Suite 550
Los Angeles, CA  90036

Team Marketing
325 East Third Street
Owensboro, KY  42303

Mill Creek Entertainment, LLC
2445 Nevada Avenue N.
Golden Valley, MN  55427

Toiion, Inc.
c/o Burgee & Abramoff
Attn:  John Burgee, Esquire
20501 Venture Boulevard
Suite 262
Woodland Hills, CA  91364

Toiion, Inc.
c/o CJ Entertainment America
Attn:  Rick Buehler
5700 Wilshire Boulevard
Suite 550
Los Angeles, CA  90036

Maverick Entertainment
Attn:  J. Vertullo/ Al Perez de la Mesa
1191 E. Newport Center Drive
Deerfield Beach, FL  33442

Phase 4 Films
Attn:  Sean Monson
20 Eglinton Avenue West
Suite 603
P.O. Box 2041
Toronto ON
M4R 1K8 Canada
*Foreign Service*

Well Go USAS-MMS
Attn:  Dennis Walker and
Tony Vandeveerdonk
3810 E. Plano Parkway
Suite 300
Plano, TX  75074

Level 33 Entertainment
Attn:  Andreas Olavarria, President/CEO
c/o Bossa Nova Productions, Inc.
10278 Dunleer Drive
Los Angeles, CA  90064

Kinology SAS
30 Rue Moret
Paris  75011 France
*Foreign Service*

Excel Entertainment Group
Attn:  Heather Traughber
4910 W. Amelia Earhart Drive
Suite 1
Salt Lake City, UT  84116

Microsoft
Attn:  Matt McCloskey
Legal & Corporate Affairs
Interactive Entertainment Business
One Microsoft Way
Redmond, WA  98052

Ncircle/Alliance
Attn:  George Campagna, CFO
4250 Coral Springs Drive
Coral Springs, FL  33065

Softland International
Attn:  Amelia Du Pree
20048 Ne San Rafael Street
Portland, OR  97230

EXHIBIT "B"

**EXHIBIT "B"**

## 16-11596-JTD Notice will be electronically mailed to:

Derek C. Abbott on behalf of Interested Party Showtime Network, Inc.
dabbott@mnat.com, meghan-leyh-4080@ecf.pacerpro.com;derek-abbott-
1155@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com

Derek C. Abbott on behalf of Mediator Derek C. Abbott
dabbott@mnat.com, meghan-leyh-4080@ecf.pacerpro.com;derek-abbott-
1155@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com

Joseph N. Argentina, Jr. on behalf of Creditor AMBI Exclusive Acquisitions Co.
joseph.argentina@faegredrinker.com, rokeysha.ramos@faegredrinker.com

Joseph N. Argentina, Jr. on behalf of Creditor Fast Track Films USA, LLC
joseph.argentina@faegredrinker.com, rokeysha.ramos@faegredrinker.com

Joseph N. Argentina, Jr. on behalf of Creditor Kappa Undercover Pictures, LLC
joseph.argentina@faegredrinker.com, rokeysha.ramos@faegredrinker.com

Simon Aron on behalf of Creditor Vertical Entertainment, LLC
saron@wrslawyers.com

Andrew J. Belli on behalf of Plaintiff George L. Miller
abelli@kcr-law.com

Steven M. Berman on behalf of Creditor AMBI Exclusive Acquisitions Co.
sberman@slk-law.com

Steven M. Berman on behalf of Creditor Fast Track Films USA, LLC
sberman@slk-law.com

Steven M. Berman on behalf of Creditor Kappa Undercover Pictures, LLC
sberman@slk-law.com

Ian Connor Bifferato on behalf of Mediator Ian Connor Bifferato
cbifferato@tbf.legal, mstewart@tbf.legal;yshenton@tbf.legal;amugavero@tbf.legal

Evan C. Borges on behalf of Creditor Bagdasarian Productions LLC
eborges@ggtriallaw.com, luyesugi@ggtriallaw.com

Daren R Brinkman on behalf of Defendant Freyr Thor
firm@brinkmanlaw.com, brinkmanlaw@ecf.inforuptcy.com

Amy D. Brown on behalf of Creditor Ketchup Entertainment, Inc.
abrown@gsbblaw.com

Beth M. Brownstein on behalf of Creditor Fireline Network Solutions, Inc.
beth.brownstein@arentfox.com

Kate R. Buck on behalf of Interested Party UP Entertainment, LLC
kbuck@mccarter.com

Kate R. Buck on behalf of Interested Party United Independent Media LLC
kbuck@mccarter.com

Michael G. Busenkell on behalf of Creditor Inception Media Group, LLC
mbusenkell@gsbblaw.com

Michael G. Busenkell on behalf of Interested Party Maljack Productions, Inc., doing business as
MPI Media Group
mbusenkell@gsbblaw.com

John T. Carroll, III on behalf of Counter-Claimant George L. Miller
jcarroll@cozen.com, jdeeney@cozen.com;pgiordano@cozen.com;sshidner@cozen.com;john-
carroll-2735@ecf.pacerpro.com

John T. Carroll, III on behalf of Defendant Our Alchemy, LLC
jcarroll@cozen.com, jdeeney@cozen.com;pgiordano@cozen.com;sshidner@cozen.com;john-
carroll-2735@ecf.pacerpro.com

John T. Carroll, III on behalf of Defendant George L. Miller
jcarroll@cozen.com, jdeeney@cozen.com;pgiordano@cozen.com;sshidner@cozen.com;john-
carroll-2735@ecf.pacerpro.com

John T. Carroll, III on behalf of Plaintiff George L. Miller
jcarroll@cozen.com, jdeeney@cozen.com;pgiordano@cozen.com;sshidner@cozen.com;john-
carroll-2735@ecf.pacerpro.com

LEGAL\56076397\1 00601.0823.000/390810.000

John T. Carroll, III on behalf of Trustee George L. Miller
jcarroll@cozen.com, jdeeney@cozen.com;pgiordano@cozen.com;sshidner@cozen.com;john-carroll-2735@ecf.pacerpro.com

Marc Stephen Casarino on behalf of Interested Party Google Ireland Limited
casarinom@whiteandwilliams.com, debankruptcy@whiteandwilliams.com

Marc Stephen Casarino on behalf of Interested Party Google LLC (f/k/a Google Inc.)
casarinom@whiteandwilliams.com, debankruptcy@whiteandwilliams.com

William E. Chipman, Jr. on behalf of Interested Party Ballas Egg Products Corp.
chipman@chipmanbrown.com, dero@chipmanbrown.com;fusco@chipmanbrown.com

Shawn M. Christianson on behalf of Creditor Oracle America, Inc.
schristianson@buchalter.com, cmcintire@buchalter.com

Steven M. Coren on behalf of Plaintiff George L. Miller
scoren@kcr-law.com, bwatson@kcr-law.com;ccapra@kcr-law.com

Steven M. Coren on behalf of Trustee George L. Miller
scoren@kcr-law.com, bwatson@kcr-law.com;ccapra@kcr-law.com

Katelyn May Crawford on behalf of Interested Party Microsoft Corporation and Microsoft Licensing
kcrawford@foxrothschild.com, slynch@foxrothschild.com

Natalie B. Daghbandan on behalf of Creditor Steve Lyons
daghbandan@bclplaw.com

Robert J. Dehney on behalf of Debtor Anderson Digital, LLC
rdehney@mnat.com, meghan-leyh-4080@ecf.pacerpro.com;robert-dehney-4464@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com

Robert J. Dehney on behalf of Debtor Our Alchemy, LLC
rdehney@mnat.com, meghan-leyh-4080@ecf.pacerpro.com;robert-dehney-4464@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com

Mark L. Desgrosseilliers on behalf of Defendant Walmart Inc.
desgross@chipmanbrown.com, dero@chipmanbrown.com;fusco@chipmanbrown.com

Erin R Fay on behalf of Debtor Anderson Digital, LLC
efay@bayardlaw.com, kmccloskey@bayardlaw.com

Erin R Fay on behalf of Debtor Our Alchemy, LLC
efay@bayardlaw.com, kmccloskey@bayardlaw.com

Erin R Fay on behalf of Interested Party Anderson Digital, LLC
efay@bayardlaw.com, kmccloskey@bayardlaw.com

Erin R Fay on behalf of Interested Party Our Alchemy, LLC
efay@bayardlaw.com, kmccloskey@bayardlaw.com

Janice Daul Felix on behalf of Plaintiff George L. Miller
jfelix@kcr-law.com

Travis J. Ferguson on behalf of Creditor Industry Releasing Inc.
ferguson@lrclaw.com, dellose@lrclaw.com;ramirez@lrclaw.com

GianClaudio Finizio on behalf of Creditor Magnolia Pictures LLC
gfinizio@bayardlaw.com, bankserve@bayardlaw.com;kmccloskey@bayardlaw.com

Gregory Joseph Flasser on behalf of Creditor Magnolia Pictures LLC
gflasser@bayardlaw.com, kmccloskey@bayardlaw.com

Ronald S. Gellert on behalf of Creditor Key Pix Productions, Inc.
rgellert@gsbblaw.com

Jason A. Gibson on behalf of Creditor Netflix, Inc.
gibson@teamrosner.com

Jason A. Gibson on behalf of Defendant OA Investment Holdings LLC
gibson@teamrosner.com

Jason A. Gibson on behalf of Defendant OA Investment Partners LLC
gibson@teamrosner.com

Jason A. Gibson on behalf of Defendant Vertical Entertainment LLC
gibson@teamrosner.com

Jason A. Gibson on behalf of Defendant Virgo Investment Group, LLC
gibson@teamrosner.com

Jason A. Gibson on behalf of Defendant Virgo Service Company LLC
gibson@teamrosner.com

Jason A. Gibson on behalf of Defendant Virgo Societas Partners, LLC
gibson@teamrosner.com

Jason A. Gibson on behalf of Defendant Virgo Societas Partnership III (Offshore), L.P.
gibson@teamrosner.com

Jason A. Gibson on behalf of Defendant Virgo Societas Partnership III (Onshore), L.P.
gibson@teamrosner.com

Jason A. Gibson on behalf of Defendant Jesse Watson
gibson@teamrosner.com

Jason A. Gibson on behalf of Defendant Mark Perez
gibson@teamrosner.com

Jason A. Gibson on behalf of Defendant Todd Dorfman
gibson@teamrosner.com

Jason A. Gibson on behalf of Interested Party Alliance Entertainment, LLC
gibson@teamrosner.com

Jason A. Gibson on behalf of Interested Party Virgo Investment Group LLC
gibson@teamrosner.com

Jason A. Gibson on behalf of Interested Party Virgo Societas Partnership III (Offshore), L.P.
gibson@teamrosner.com

Jason A. Gibson on behalf of Interested Party Virgo Societas Partnership III (Onshore), L.P.
gibson@teamrosner.com

Rosendo Gonzalez on behalf of Creditor LAGUNA PRODUCTIONS INC.
rossgonzalez@gonzalezplc.com

L. Katherine Good on behalf of Creditor Four in a Billion Pictures, LLC

LEGAL\56076397\1 00601.0823.000/390810.000

kgood@potteranderson.com,
cgiobbe@potteranderson.com;lhuber@potteranderson.com;bankruptcy@potteranderson.com

L. Katherine Good on behalf of Defendant Maljack Productions Inc.
kgood@potteranderson.com,
cgiobbe@potteranderson.com;lhuber@potteranderson.com;bankruptcy@potteranderson.com

L. Katherine Good on behalf of Interested Party Emigrant Bank
kgood@potteranderson.com,
cgiobbe@potteranderson.com;lhuber@potteranderson.com;bankruptcy@potteranderson.com

L. Katherine Good on behalf of Interested Party Maljack Productions, Inc., doing business as
MPI Media Group
kgood@potteranderson.com,
cgiobbe@potteranderson.com;lhuber@potteranderson.com;bankruptcy@potteranderson.com

L. Katherine Good on behalf of Interested Party Pacific Mercantile Bank
kgood@potteranderson.com,
cgiobbe@potteranderson.com;lhuber@potteranderson.com;bankruptcy@potteranderson.com

John A. Graham on behalf of Interested Party Jeffer Mangels Butler & Mitchell LLP
jag@jmbm.com, jag@ecf.inforuptcy.com

Derrick N.D. Hansen on behalf of Creditor Capitol Christian Music Group, Inc.
dhansen@friedumspring.com

William Hao on behalf of Defendant ANConnect, LLC
william.hao@alston.com, leslie.salcedo@alston.com

William Hao on behalf of Defendant Anderson Merchandisers, LLC
william.hao@alston.com, leslie.salcedo@alston.com

Carrie V. Hardman on behalf of Plaintiff Nu Image, Inc.
chardman@winston.com, carrie-hardman-4684@ecf.pacerpro.com

Gregory W. Hauswirth on behalf of Defendant Aotearoa Consulting LLC
ghauswirth@leechtishman.com,
dtomko@leechtishman.com;bankruptcy@leechtishman.com;challer@leechtishman.com

William A. Hazeltine on behalf of Creditor Sony DADC US Inc.

Bankruptcy001@sha-llc.com

William A. Hazeltine on behalf of Defendant Ardon Moore
Bankruptcy001@sha-llc.com

Curtis A Hehn on behalf of Creditor The Bandit Hound, LLC
curtishehn@comcast.net

Thomas M. Horan on behalf of Defendant Stephen Lyons
thoran@cozen.com, sshidner@cozen.com;thomas-horan-3976@ecf.pacerpro.com

Thomas M. Horan on behalf of Interested Party Nu Image, Inc.
thoran@cozen.com, sshidner@cozen.com;thomas-horan-3976@ecf.pacerpro.com

Thomas M. Horan on behalf of Plaintiff Nu Image, Inc.
thoran@cozen.com, sshidner@cozen.com;thomas-horan-3976@ecf.pacerpro.com

Eric Horn on behalf of Creditor Sony DADC US Inc.
ehorn@vogelbachpc.com

Eric Horn on behalf of Creditor Sony Interactive Entertainment America LLC f/k/a Sony
Computer Entertainment America LLC
ehorn@vogelbachpc.com

Shannon Dougherty Humiston on behalf of Interested Party UP Entertainment, LLC
shumiston@mccarter.com

Shannon Dougherty Humiston on behalf of Interested Party United Independent Media LLC
shumiston@mccarter.com

Lawrence M. Jacobson on behalf of Interested Party Showtime Network, Inc.
lmj@gfjlawfirm.com

Lance Jurich on behalf of Interested Party Virgo Investment Group LLC
ljurich@loeb.com, karnote@loeb.com

Susan E. Kaufman on behalf of Creditor Directors Guild of America, Inc.
skaufman@skaufmanlaw.com

Susan E. Kaufman on behalf of Creditor Directors Guild of America, Inc. - Producer Pension and

LEGAL\56076397\1 00601.0823.000/390810.000

Health Plans
skaufman@skaufmanlaw.com

Susan E. Kaufman on behalf of Creditor Motion Picture Industry Pension and Health Plans
skaufman@skaufmanlaw.com

Susan E. Kaufman on behalf of Creditor Screen Actors Guild - American Federation of
Television and Radio Artists
skaufman@skaufmanlaw.com

Susan E. Kaufman on behalf of Creditor Screen Actors Guild-Producers Pension & Health Plans
skaufman@skaufmanlaw.com

Susan E. Kaufman on behalf of Creditor Writers Guild Pension Plan and Industry Health Fund
skaufman@skaufmanlaw.com

Susan E. Kaufman on behalf of Creditor Writers Guild of America, West, Inc.
skaufman@skaufmanlaw.com

David M. Klauder on behalf of Plaintiff George L. Miller
dklauder@bk-legal.com

David M. Klauder on behalf of Trustee George L. Miller
dklauder@bk-legal.com

Keith L. Kleinman on behalf of Trustee George L. Miller
kkleinman@cozen.com

Steven K. Kortanek on behalf of Creditor AMBI Exclusive Acquisitions Co.
steven.kortanek@limnexus.com, martha.araki@limnexus.com,myrtle.john@limnexus.com

Steven K. Kortanek on behalf of Creditor Fast Track Films USA, LLC
steven.kortanek@limnexus.com, martha.araki@limnexus.com,myrtle.john@limnexus.com

Steven K. Kortanek on behalf of Creditor Kappa Undercover Pictures, LLC
steven.kortanek@limnexus.com, martha.araki@limnexus.com,myrtle.john@limnexus.com

Michael Burton Kowalsky on behalf of Creditor Four in a Billion Pictures, LLC
mkowalsky@agmblaw.com

Carl N. Kunz, III on behalf of Interested Party Pacific Mercantile Bank (Costa Mesa)
ckunz@morrisjames.com, wweller@morrisjames.com

Mette H. Kurth on behalf of Creditor Steve Lyons
mkurth@cm.law, mette-kurth-0378@ecf.pacerpro.com

Mette H. Kurth on behalf of Defendant Stephen Lyons
mkurth@cm.law, mette-kurth-0378@ecf.pacerpro.com

Tara L. Lattomus on behalf of Creditor Contentbridge Systems LLC
delawarebankruptcy@eckertseamans.com,
tlattomus@eckertseamans.com;mrutkowski@eckertseamans.com

Scott J. Leonhardt on behalf of Interested Party Alliance Entertainment, LLC
leonhardt@teamrosner.com

Scott J. Leonhardt on behalf of Interested Party Virgo Investment Group LLC
leonhardt@teamrosner.com

Scott J. Leonhardt on behalf of Interested Party Virgo Societas Partnership III (Offshore), L.P.
leonhardt@teamrosner.com

Scott J. Leonhardt on behalf of Interested Party Virgo Societas Partnership III (Onshore), L.P.
leonhardt@teamrosner.com

L Katie Mason on behalf of Creditor Mainsail, LLC
kmason@reinhartlaw.com, docketwi@quarles.com

Benjamin M Mather on behalf of Plaintiff George L. Miller
bmather@kcr-law.com

Scott H. McNutt on behalf of Creditor Netflix, Inc.
smcnutt@ml-sf.com, smcnutt@ml-sf.com;csnell@ml-sf.com

Evelyn J. Meltzer on behalf of Defendant ANConnect, LLC
Evelyn.Meltzer@troutman.com,
wlbank@troutman.com;David.A.Smith@troutman.com;Monica.Molitor@troutman.com;Peggian
ne.Hardin@troutman.com

Evelyn J. Meltzer on behalf of Defendant ANConnect, LLC

LEGAL\56076397\1 00601.0823.000/390810.000

Evelyn.Meltzer@troutman.com,
wlbank@troutman.com;Monica.Molitor@troutman.com;Peggianne.Hardin@troutman.com

Evelyn J. Meltzer on behalf of Defendant Anderson Merchandisers, LLC
Evelyn.Meltzer@troutman.com,
wlbank@troutman.com;David.A.Smith@troutman.com;Monica.Molitor@troutman.com;Peggian
ne.Hardin@troutman.com

Evelyn J. Meltzer on behalf of Defendant Anderson Merchandisers, LLC
Evelyn.Meltzer@troutman.com,
wlbank@troutman.com;Monica.Molitor@troutman.com;Peggianne.Hardin@troutman.com

Evelyn J. Meltzer on behalf of Interested Party Anderson Merchandisers, LLC
Evelyn.Meltzer@troutman.com,
wlbank@troutman.com;David.A.Smith@troutman.com;Monica.Molitor@troutman.com;Peggian
ne.Hardin@troutman.com

Evelyn J. Meltzer on behalf of Interested Party Anderson Merchandisers, LLC
Evelyn.Meltzer@troutman.com,
wlbank@troutman.com;Monica.Molitor@troutman.com;Peggianne.Hardin@troutman.com

Elissa D. Miller on behalf of Interested Party Welcome to Me, LLC
emiller@sulmeyerlaw.com, ccaldwell@sulmeyerlaw.com

George L. Miller
gmiller@mctllp.com, lcromley@mctllp.com;msilveira@mctllp.com;de22@ecfcbis.com

Eric J. Monzo on behalf of Interested Party BRB Internacional, S.A.
emonzo@morrisjames.com,
wweller@morrisjames.com;ddepta@morrisjames.com;slisko@morrisjames.com

Shane J. Moses on behalf of Creditor Netflix, Inc.
smoses@foley.com

Thomas H. Moss on behalf of Creditor OA Investment Holdings, LLC, as assignee of ARC
Entertainment LLC
thomas.moss@dtlawyers.com, sara@dtlawyers.com;frankie@dtlawyers.com

Thomas H. Moss on behalf of Defendant OA Investment Holdings LLC
thomas.moss@dtlawyers.com, sara@dtlawyers.com;frankie@dtlawyers.com

Thomas H. Moss on behalf of Defendant OA Investment Partners LLC
thomas.moss@dtlawyers.com, sara@dtlawyers.com;frankie@dtlawyers.com

Thomas H. Moss on behalf of Defendant Virgo Investment Group, LLC
thomas.moss@dtlawyers.com, sara@dtlawyers.com;frankie@dtlawyers.com

Thomas H. Moss on behalf of Defendant Virgo Service Company LLC
thomas.moss@dtlawyers.com, sara@dtlawyers.com;frankie@dtlawyers.com

Thomas H. Moss on behalf of Defendant Virgo Societas Partners, LLC
thomas.moss@dtlawyers.com, sara@dtlawyers.com;frankie@dtlawyers.com

Thomas H. Moss on behalf of Defendant Virgo Societas Partnership III (Offshore), L.P.
thomas.moss@dtlawyers.com, sara@dtlawyers.com;frankie@dtlawyers.com

Thomas H. Moss on behalf of Defendant Virgo Societas Partnership III (Onshore), L.P.
thomas.moss@dtlawyers.com, sara@dtlawyers.com;frankie@dtlawyers.com

Thomas H. Moss on behalf of Defendant Jesse Watson
thomas.moss@dtlawyers.com, sara@dtlawyers.com;frankie@dtlawyers.com

Thomas H. Moss on behalf of Defendant Mark Perez
thomas.moss@dtlawyers.com, sara@dtlawyers.com;frankie@dtlawyers.com

Thomas H. Moss on behalf of Defendant Todd Dorfman
thomas.moss@dtlawyers.com, sara@dtlawyers.com;frankie@dtlawyers.com

Thomas H. Moss on behalf of Interested Party Virgo Investment Group LLC
thomas.moss@dtlawyers.com, sara@dtlawyers.com;frankie@dtlawyers.com

Thomas H. Moss on behalf of Interested Party Virgo Societas Partnership III (Offshore), L.P.
thomas.moss@dtlawyers.com, sara@dtlawyers.com;frankie@dtlawyers.com

Thomas H. Moss on behalf of Interested Party Virgo Societas Partnership III (Onshore), L.P.
thomas.moss@dtlawyers.com, sara@dtlawyers.com;frankie@dtlawyers.com

Christopher Newcomb on behalf of Defendant Baker Botts LLP
chris.newcomb@bakerbotts.com, robin.spigel@bakerbotts.com

Heath A. Novosad on behalf of Defendant OA Investment Holdings LLC
heath.novosad@dtlawyers.com, sara@dtlawyers.com;frankie@dtlawyers.com

Heath A. Novosad on behalf of Defendant OA Investment Partners LLC
heath.novosad@dtlawyers.com, sara@dtlawyers.com;frankie@dtlawyers.com

Heath A. Novosad on behalf of Defendant Virgo Investment Group, LLC
heath.novosad@dtlawyers.com, sara@dtlawyers.com;frankie@dtlawyers.com

Heath A. Novosad on behalf of Defendant Virgo Service Company LLC
heath.novosad@dtlawyers.com, sara@dtlawyers.com;frankie@dtlawyers.com

Heath A. Novosad on behalf of Defendant Virgo Societas Partners, LLC
heath.novosad@dtlawyers.com, sara@dtlawyers.com;frankie@dtlawyers.com

Heath A. Novosad on behalf of Defendant Virgo Societas Partnership III (Offshore), L.P.
heath.novosad@dtlawyers.com, sara@dtlawyers.com;frankie@dtlawyers.com

Heath A. Novosad on behalf of Defendant Virgo Societas Partnership III (Onshore), L.P.
heath.novosad@dtlawyers.com, sara@dtlawyers.com;frankie@dtlawyers.com

Heath A. Novosad on behalf of Defendant Jesse Watson
heath.novosad@dtlawyers.com, sara@dtlawyers.com;frankie@dtlawyers.com

Heath A. Novosad on behalf of Defendant Mark Perez
heath.novosad@dtlawyers.com, sara@dtlawyers.com;frankie@dtlawyers.com

Heath A. Novosad on behalf of Defendant Todd Dorfman
heath.novosad@dtlawyers.com, sara@dtlawyers.com;frankie@dtlawyers.com

Ricardo Palacio, Esq on behalf of Creditor SunTrust Bank
rpalacio@ashby-geddes.com;ahrycak@ashbygeddes.com

James Michael Peck on behalf of Mediator James Peck
jpeck@mofo.com

Louis M. Phillips on behalf of Interested Party A.E. Moore
lphillips@gordonarata.com

David P. Primack on behalf of Defendant Freyr Thor

LEGAL\56076397\1 00601.0823.000/390810.000

dprimack@mdmc-law.com, scarney@mdmc-law.com;cwhitten@mdmc-law.com

Evan Rassman on behalf of Creditor Inception Media Group, LLC
erassman@cohenseglias.com

Evan Rassman on behalf of Creditor Ketchup Entertainment, Inc.
erassman@cohenseglias.com

Patrick J. Reilley on behalf of Creditor Vertical Entertainment, LLC
preilley@coleschotz.com,
bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstet
ter@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com

Patrick J. Reilley on behalf of Interested Party DreamWorks Animation Home Entertainment,
Inc.
preilley@coleschotz.com,
bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstet
ter@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com

Patrick J. Reilley on behalf of Interested Party Public Media Distribution, LLC, dba PBS
Distribution
preilley@coleschotz.com,
bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstet
ter@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com

Reliable Companies
gmatthews@reliable-co.com

Jeremy William Ryan on behalf of Counter-Claimant Walmart Inc.
jryan@potteranderson.com,
bankruptcy@potteranderson.com;lhuber@potteranderson.com;cgiobbe@potteranderson.com

Jeremy William Ryan on behalf of Defendant Stroock & Stroock & Lavan LLP
jryan@potteranderson.com,
bankruptcy@potteranderson.com;lhuber@potteranderson.com;cgiobbe@potteranderson.com

Jeremy William Ryan on behalf of Interested Party WAL-MART Stores, Inc.
jryan@potteranderson.com,
bankruptcy@potteranderson.com;lhuber@potteranderson.com;cgiobbe@potteranderson.com

LEGAL\56076397\1 00601.0823.000/390810.000

Lee Sacks on behalf of Creditor Key Pix Productions, Inc.
sacksapclaw@aol.com

Christopher M. Samis on behalf of Interested Party Welcome to Me, LLC
cgiobbe@potteranderson.com;lhuber@potteranderson.com;bankruptcy@potteranderson.com

Maria Aprile Sawczuk on behalf of Mediator Maria Aprile Sawczuk
marias@goldmclaw.com, marias@ecf.courtdrive.com

John Henry Schanne, II on behalf of Interested Party Paws, Incorporated and Lee Mendelson
Film Productions, Inc.
schannej@pepperlaw.com,
wlbank@pepperlaw.com;smithda@pepperlaw.com;schannej@ecf.inforuptcy.com;wlbank@ecf.i
nforuptcy.com;molitorm@pepperlaw.com;hardinp@pepperlaw.com

Richard L. Schepacarter on behalf of U.S. Trustee U.S. Trustee
richard.schepacarter@usdoj.gov

Harvey S. Schochet on behalf of Interested Party Pacific Mercantile Bank (Costa Mesa)
harveyschochet@dwt.com

Bradley S. Shraiberg on behalf of Interested Party Alliance Entertainment, LLC
bss@slp.law, dwoodall@slp.law;ependergraft@slp.law;dwoodall@ecf.courtdrive.com

J Jackson Shrum on behalf of Creditor Michael A Reilly
jshrum@jshrumlaw.com

J Jackson Shrum on behalf of Interested Party RTV Pictures LLC
jshrum@jshrumlaw.com

David Ryan Slaugh on behalf of Defendant Stroock & Stroock & Lavan LLP
rslaugh@potteranderson.com,
bankruptcy@potteranderson.com;lhuber@potteranderson.com;cgiobbe@potteranderson.com

Jane K. Springwater on behalf of Creditor Capitol Christian Music Group, Inc.
jspringwater@friedmanspring.com, nku@friedmanspring.com

William D. Sullivan on behalf of Creditor OA Investment Holdings, LLC, as assignee of ARC
Entertainment LLC
wdsecfnotices@sha-llc.com

LEGAL\56076397\1 00601.0823.000/390810.000

William D. Sullivan on behalf of Defendant Ardon Moore
wdsecfnotices@sha-llc.com

Theodore J. Tacconelli on behalf of Creditor Film Musicians Secondary Markets Fund
ttacconelli@ferryjoseph.com

Alan G Tippie on behalf of Interested Party Entertainment One Films
atippie@sulmeyerlaw.com, pdillamar@sulmeyerlaw.com;ckwu@sulmeyerlaw.com

Alan G Tippie on behalf of Interested Party Momentum Pictures LLC
atippie@sulmeyerlaw.com, pdillamar@sulmeyerlaw.com;ckwu@sulmeyerlaw.com

Alan G Tippie on behalf of Interested Party Welcome to Me, LLC
atippie@sulmeyerlaw.com, pdillamar@sulmeyerlaw.com;ckwu@sulmeyerlaw.com

U.S. Trustee
USTPRegion03.WL.ECF@USDOJ.GOV

Heike Vogel on behalf of Creditor Sony DADC US Inc.
hvogel@vogelbachpc.com

Heike Vogel on behalf of Creditor Sony Interactive Entertainment America LLC f/k/a Sony Computer Entertainment America LLC
hvogel@vogelbachpc.com

Jason Wallach on behalf of Interested Party The Film Arcade, LLC
jwallach@ghplaw.com

Michael J. Weiss on behalf of Creditor Four in a Billion Pictures, LLC
mweiss@agmblaw.com

Sharon Z. Weiss on behalf of Creditor Steve Lyons
sharon.weiss@bclplaw.com, raul.morales@bclplaw.com;REC_KM_ECF_SMO@bclplaw.com

Jeffrey C. Wisler on behalf of Creditor George Bush Presidential Library Foundation
jwisler@connollygallagher.com

Joseph D. Wright on behalf of Creditor Industry Releasing Inc.
wright@lrclaw.com,
dellose@lrclaw.com;raucci@lrclaw.com;rogers@lrclaw.com;panchak@lrclaw.com;rogers@lrclaw.com

## 18-50633-JTD Notice will be electronically mailed to:

Andrew J. Belli on behalf of Plaintiff George L. Miller
abelli@kcr-law.com

Daren R Brinkman on behalf of Defendant Freyr Thor
firm@brinkmanlaw.com, brinkmanlaw@ecf.inforuptcy.com

John T. Carroll, III on behalf of Plaintiff George L. Miller
jcarroll@cozen.com, jdeeney@cozen.com;pgiordano@cozen.com;sshidner@cozen.com;john-carroll-2735@ecf.pacerpro.com

Steven M. Coren on behalf of Plaintiff George L. Miller
scoren@kcr-law.com, bwatson@kcr-law.com;ccapra@kcr-law.com

Katelyn May Crawford on behalf of Interested Party Microsoft Corporation and Microsoft Licensing
kcrawford@foxrothschild.com, slynch@foxrothschild.com

Janice Daul Felix on behalf of Plaintiff George L. Miller
jfelix@kcr-law.com

Jason A. Gibson on behalf of Defendant OA Investment Holdings LLC
gibson@teamrosner.com

Jason A. Gibson on behalf of Defendant OA Investment Partners LLC
gibson@teamrosner.com

Jason A. Gibson on behalf of Defendant Virgo Investment Group, LLC
gibson@teamrosner.com

Jason A. Gibson on behalf of Defendant Virgo Service Company LLC
gibson@teamrosner.com

Jason A. Gibson on behalf of Defendant Virgo Societas Partners, LLC

16

gibson@teamrosner.com

Jason A. Gibson on behalf of Defendant Virgo Societas Partnership III (Offshore), L.P.
gibson@teamrosner.com

Jason A. Gibson on behalf of Defendant Virgo Societas Partnership III (Onshore), L.P.
gibson@teamrosner.com

Jason A. Gibson on behalf of Defendant Jesse Watson
gibson@teamrosner.com

Jason A. Gibson on behalf of Defendant Mark Perez
gibson@teamrosner.com

Jason A. Gibson on behalf of Defendant Todd Dorfman
gibson@teamrosner.com

L. Katherine Good on behalf of Interested Party Emigrant Bank
kgood@potteranderson.com,
cgiobbe@potteranderson.com;lhuber@potteranderson.com;bankruptcy@potteranderson.com

L. Katherine Good on behalf of Interested Party Pacific Mercantile Bank
kgood@potteranderson.com,
cgiobbe@potteranderson.com;lhuber@potteranderson.com;bankruptcy@potteranderson.com

William Hao on behalf of Defendant ANConnect, LLC
william.hao@alston.com, leslie.salcedo@alston.com

William Hao on behalf of Defendant Anderson Merchandisers, LLC
william.hao@alston.com, leslie.salcedo@alston.com

William A. Hazeltine on behalf of Defendant Ardon Moore
Bankruptcy001@sha-llc.com

Thomas M. Horan on behalf of Defendant Stephen Lyons
thoran@cozen.com, sshidner@cozen.com;thomas-horan-3976@ecf.pacerpro.com

Mette H. Kurth on behalf of Defendant Stephen Lyons
mkurth@cm.law, mette-kurth-0378@ecf.pacerpro.com

LEGAL\56076397\1 00601.0823.000/390810.000

Benjamin M Mather on behalf of Plaintiff George L. Miller
bmather@kcr-law.com

Evelyn J. Meltzer on behalf of Defendant ANConnect, LLC
Evelyn.Meltzer@troutman.com,
wlbank@troutman.com;David.A.Smith@troutman.com;Monica.Molitor@troutman.com;Peggian
ne.Hardin@troutman.com

Evelyn J. Meltzer on behalf of Defendant ANConnect, LLC
Evelyn.Meltzer@troutman.com,
wlbank@troutman.com;Monica.Molitor@troutman.com;Peggianne.Hardin@troutman.com

Evelyn J. Meltzer on behalf of Defendant Anderson Merchandisers, LLC
Evelyn.Meltzer@troutman.com,
wlbank@troutman.com;David.A.Smith@troutman.com;Monica.Molitor@troutman.com;Peggian
ne.Hardin@troutman.com

Evelyn J. Meltzer on behalf of Defendant Anderson Merchandisers, LLC
Evelyn.Meltzer@troutman.com,
wlbank@troutman.com;Monica.Molitor@troutman.com;Peggianne.Hardin@troutman.com

George L. Miller
gmiller@mctllp.com, lcromley@mctllp.com;msilveira@mctllp.com;de22@ecfcbis.com

Thomas H. Moss on behalf of Defendant OA Investment Holdings LLC
thomas.moss@dtlawyers.com, sara@dtlawyers.com;frankie@dtlawyers.com

Thomas H. Moss on behalf of Defendant OA Investment Partners LLC
thomas.moss@dtlawyers.com, sara@dtlawyers.com;frankie@dtlawyers.com

Thomas H. Moss on behalf of Defendant Virgo Investment Group, LLC
thomas.moss@dtlawyers.com, sara@dtlawyers.com;frankie@dtlawyers.com

Thomas H. Moss on behalf of Defendant Virgo Service Company LLC
thomas.moss@dtlawyers.com, sara@dtlawyers.com;frankie@dtlawyers.com

Thomas H. Moss on behalf of Defendant Virgo Societas Partners, LLC
thomas.moss@dtlawyers.com, sara@dtlawyers.com;frankie@dtlawyers.com

Thomas H. Moss on behalf of Defendant Virgo Societas Partnership III (Offshore), L.P.

thomas.moss@dtlawyers.com, sara@dtlawyers.com;frankie@dtlawyers.com

Thomas H. Moss on behalf of Defendant Virgo Societas Partnership III (Onshore), L.P.
thomas.moss@dtlawyers.com, sara@dtlawyers.com;frankie@dtlawyers.com

Thomas H. Moss on behalf of Defendant Jesse Watson
thomas.moss@dtlawyers.com, sara@dtlawyers.com;frankie@dtlawyers.com

Thomas H. Moss on behalf of Defendant Mark Perez
thomas.moss@dtlawyers.com, sara@dtlawyers.com;frankie@dtlawyers.com

Thomas H. Moss on behalf of Defendant Todd Dorfman
thomas.moss@dtlawyers.com, sara@dtlawyers.com;frankie@dtlawyers.com

Heath A. Novosad on behalf of Defendant OA Investment Holdings LLC
heath.novosad@dtlawyers.com, sara@dtlawyers.com;frankie@dtlawyers.com

Heath A. Novosad on behalf of Defendant OA Investment Partners LLC
heath.novosad@dtlawyers.com, sara@dtlawyers.com;frankie@dtlawyers.com

Heath A. Novosad on behalf of Defendant Virgo Investment Group, LLC
heath.novosad@dtlawyers.com, sara@dtlawyers.com;frankie@dtlawyers.com

Heath A. Novosad on behalf of Defendant Virgo Service Company LLC
heath.novosad@dtlawyers.com, sara@dtlawyers.com;frankie@dtlawyers.com

Heath A. Novosad on behalf of Defendant Virgo Societas Partners, LLC
heath.novosad@dtlawyers.com, sara@dtlawyers.com;frankie@dtlawyers.com

Heath A. Novosad on behalf of Defendant Virgo Societas Partnership III (Offshore), L.P.
heath.novosad@dtlawyers.com, sara@dtlawyers.com;frankie@dtlawyers.com

Heath A. Novosad on behalf of Defendant Virgo Societas Partnership III (Onshore), L.P.
heath.novosad@dtlawyers.com, sara@dtlawyers.com;frankie@dtlawyers.com

Heath A. Novosad on behalf of Defendant Jesse Watson
heath.novosad@dtlawyers.com, sara@dtlawyers.com;frankie@dtlawyers.com

Heath A. Novosad on behalf of Defendant Mark Perez
heath.novosad@dtlawyers.com, sara@dtlawyers.com;frankie@dtlawyers.com

LEGAL\56076397\1 00601.0823.000/390810.000

Heath A. Novosad on behalf of Defendant Todd Dorfman
heath.novosad@dtlawyers.com, sara@dtlawyers.com;frankie@dtlawyers.com

James Michael Peck on behalf of Mediator James Peck
jpeck@mofo.com

Louis M. Phillips on behalf of Interested Party A.E. Moore
lphillips@gordonarata.com

David P. Primack on behalf of Defendant Freyr Thor
dprimack@mdmc-law.com, scarney@mdmc-law.com;cwhitten@mdmc-law.com

William D. Sullivan on behalf of Defendant Ardon Moore
wdsecfnotices@sha-llc.com

LEGAL\56076397\1 00601.0823.000/390810.000