IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>OUR ALCHEMY, LLC, *et al.*,<br><br>                      *Debtors*.[1] | Chapter 7<br><br>Case No. 16-11596-JTD<br><br>(Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee for the jointly administered bankruptcy estates of Our Alchemy, LLC and Anderson Digital, LLC,<br><br>                      *Plaintiff*,<br><br>v.<br><br>ANCONNECT, LLC, *et al.*,<br><br>                      *Defendants*. | Adv. Pro. No. 18-50633-JTD |

**DECLARATION OF ANDREA L. KIM IN SUPPORT OF VIRGO PARTIES
(A) PARTIAL JOINDER TO TRUSTEE'S MOTION FOR ENTRY OF
BAR ORDER AND SANCTIONS FOR VIOLATING THE AUTOMATIC STAY
AGAINST THE USURPING BANKS; AND (B) RESPONSE TO THE USURPING
BANKS' PRELIMINARY OBJECTION TO TRUSTEE'S MOTION FOR ENTRY OF
BAR ORDER AND SANCTIONS FOR VIOLATING THE AUTOMATIC STAY**

I, Andrea L. Kim, declare as follows:

      1.    I am a Partner in the law firm of Daniels & Tredennick, PLLC ("**Daniels & Tredennick**"). Daniels & Tredennick represents Virgo Investment Group, LLC, Virgo Societas Partners, LLC, Virgo Societas Partnership III (Onshore), L.P., Virgo Societas Partnership III (Offshore), L.P., Virgo Services Company, LLC, Jesse Watson, and Mark Perez (collectively, the "Virgo Parties")[2] in connection with the above-captioned bankruptcy cases commenced by Our

---

[1]     The Debtors in these chapter 7 cases are Our Alchemy, LLC, Case No. 16-11596 and Anderson Digital, LLC, Case No. 16-11597.

[2]     Capitalized terms not defined herein shall have the meaning ascribed to them in the Joinder and Response.

Alchemy, LLC ("Alchemy") and Anderson Digital, LLC ("collectively, the "Debtors"). I submit this declaration in support of the *Virgo Parties (A) Partial Joinder to Trustee's Motion for Entry of Bar Order and Sanctions for Violating the Automatic Stay Against the Usurping Banks; and (B) Response to the Usurping Banks' Preliminary Objection to Trustee's Motion for Entry of Bar Order and Sanctions for Violating the Automatic Stay* (the "Joinder and Response").

2. Attached hereto as Exhibit A is a true and correct copy of the transcript from the hearing on the Virgo Parties' motion to dismiss the NY Complaint held on February 28, 2022, in the matter entitled *Emigrant Bank, et al. v. Virgo Investment Group, LLC*, Index No. 654350/2021.[3]

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information and belief.

Executed on May 11, 2022.

/s/ Andrea L. Kim
Andrea L. Kim

---

[3] The parties in the State Court Litigation are currently in the process of finalizing errata sheets but do anticipate that there will be significant changes to the hearing transcript.