IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>OUR ALCHEMY, LLC, *et al.*,<br><br>      *Debtors*.<br><br>---<br><br>GEORGE L. MILLER, in his capacity as Chapter 7 Trustee for the jointly administered bankruptcy estates of Our Alchemy, LLC and Anderson Digital, LLC,<br><br>      *Plaintiff*,<br>   v.<br><br>ANCONNECT, LLC, *et al.*,<br><br>      *Defendants*. | Chapter 7<br><br>Case No. 16-11596-JTD<br><br>Jointly Administered<br><br>**Related Doc. Nos. 957**<br><br><br><br>Adv. Pro. No. 18-50633-JTD<br><br>**Related Doc. Nos. 214, 220, 221** |

**CERTIFICATION OF COUNSEL REGARDING
STIPULATION BETWEEN THE TRUSTEE AND THE RESPONDING LENDERS
REGARDING STREAMLINED MOTION PROCEDURES RELATED TO TRUSTEE'S
MOTION FOR ENTRY OF BAR ORDER AND SANCTIONS FOR VIOLATING THE
AUTOMATIC STAY AGAINST THE USURPING BANKS**

   I, John T. Carroll, III, counsel for Plaintiff, George L. Miller, in his capacity as Chapter 7 Trustee (the "Trustee" or "Plaintiff") for the Jointly Administered Bankruptcy Estates of Our Alchemy, LLC and Anderson Digital, LLC (the "Estates" or "Debtors") in the above-captioned matter hereby certifies the following:

   1.  On December 17, 2021, the Trustee through his counsel filed a *Trustee's Motion for Entry of Bar Order and Sanctions for Violating the Automatic Stay Against the Usurping Banks* [D.I. 957, A.D.I. 214] (the "Bar Order Motion").

1

2. On December 28, 2021, Emigrant Bank ("Emigrant") and Pacific Mercantile Bank ("PMB"), (Emigrant and PMB are collectively referred to as the "Responding Lenders"), served discovery requests on the Trustee (the "Discovery Requests").

3. On January 14, 2022, Emigrant and PMB filed a Preliminary Objection to the Bar Order Motion [A.D.I. 220], accompanied by a supporting Declaration [A.D.I. 221].

4. A hearing on the Bar Order Motion is currently scheduled for May 17, 2022 at 10:00 a.m. (ET).

5. After engaging in good faith discussions relating to the Bar Order Motion and Discovery Requests, the Trustee and the Responding Lenders have come to an agreement that will allow the parties to avoid protracted discovery in connection with the Bar Order Motion.

6. The Trustee, Emigrant and PMB, through their respective counsel, have entered into a Stipulation Regarding Streamlined Motion Procedures Related to the Bar Order Motion summarizing the terms of the agreement (the "Stipulation"). A copy of the Stipulation is attached hereto and incorporated herein as Exhibit "1".

7. A copy of the proposed order (the "Proposed Order") granting the Stipulation is attached hereto as Exhibit "2".

It is hereby respectfully requested that the Proposed Order attached hereto as Exhibit "2" be entered at the earliest convenience of the Court.

Dated: May 12, 2022                          **COZEN O'CONNOR**

*/s/ John T. Carroll, III*
_____
John T. Carroll, III (DE Bar No. 4060)
1201 North Market Street, Suite 1001
Wilmington, DE 19801
Tel: (302) 295-2028
Fax: (302) 295-2013
jcarroll@cozen.com

-and-

**KAUFMAN, COREN & RESS, P.C.**
Steven M. Coren, Esq.
Benjamin M. Mather, Esq.
Andrew J. Belli, Esq.
Two Commerce Square
2001 Market Street, Suite 3900
Philadelphia, PA 19103
Tel: (215) 735-8700
Fax: (215) 735-5170
scoren@kcr-law.com
bmather@kcr-law.com
abelli@kcr-law.com

*Counsel for Plaintiff*
*George L. Miller, Ch. 7 Trustee*