## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>OUR ALCHEMY, LLC, *et al.*,<br><br>Debtors. | Chapter 7<br><br>Case No. 16-11596 (JTD)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 957** |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee for the jointly administered bankruptcy estates of Our Alchemy, LLC and Anderson Digital, LLC,<br><br>Plaintiff,<br>v.<br><br>ANCONNECT, LLC, *et al.*,<br><br>Defendants. | Adv. Proc. No. 18-50633 (JTD)<br><br>**Re: Docket No. 214** |

### NOTICE OF COMPLETION OF BRIEFING REGARDING TRUSTEE'S MOTION FOR ENTRY OF BAR ORDER AND SANCTIONS FOR VIOLATING THE AUTOMATIC STAY AGAINST THE USURPING BANKS

**PLEASE TAKE NOTICE THAT** pursuant to Rule 7007-4 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, Emigrant Bank and Pacific Mercantile Bank (collectively, the "Defrauded Lenders") and George L. Miller, in his capacity as Chapter 7 Trustee for the jointly administered bankruptcy estates of Our Alchemy, LLC and Anderson Digital, LLC (the "Trustee"), by and through their undersigned counsel, hereby advises the Court that briefing on *Trustee's Motion for Entry of Bar Order and Sanctions for Violating the Automatic Stay Against the Usurping Banks* [Docket No. 957; Adv. Docket No. 214] (the "Motion") is now complete.

**PLEASE TAKE FURTHER NOTICE** that below is a list of all relevant pleadings concerning the Motion and corresponding docket numbers.

| Tab | Date | Pleading | Docket No. | Adv. Docket No. |
|---|---|---|---|---|
| 1 | 12/17/21 | Trustee's Motion for Entry of Bar Order and Sanctions for Violating the Automatic Stay Against the Usurping Banks | 957 | 214 |
| 2 | 1/14/22 | Defrauded Lenders' Preliminary Objection to Trustee's Motion for Entry of Bar Order and Sanctions for Violating the Automatic Stay | -- | 220 |
| 3 | 1/14/22 | Declaration of Victor Noskov in Support of Defrauded Lenders' Preliminary Objection to Trustee's Motion for Entry of Bar Order and Sanctions for Violating the Automatic Stay | -- | 221 |
| 4 | 5/11/22 | Virgo Parties (A) Partial Joinder to Trustee's Motion for Entry of Bar Order and Sanctions for Violating the Automatic Stay Against the Usurping Banks; and (B) Response to the Usurping Banks' Preliminary Objection to Trustee's Motion for Entry of Bar Order and Sanctions for Violating the Automatic Stay | 982 | 239 |
| 5 | 5/11/22 | Declaration of Andrea L. Kim in Support of Virgo Parties (A) Partial Joinder to Trustee's Motion for Entry of Bar Order and Sanctions for Violating the Automatic Stay Against the Usurping Banks; and (B) Response to the Usurping Banks' Preliminary Objection to Trustee's Motion for Entry of Bar Order and Sanctions for Violating the Automatic Stay | 983 | 240 |
| 6 | 5/12/22 | Certification of Counsel Regarding Stipulation Between the Trustee and the Responding Lenders Regarding Streamlined Motion Procedures Related to Trustee's Motion for Entry of Bar Order and Sanctions for Violating the Automatic Stay Against the Usurping Banks | 984 | 242 |

LEGAL\58681259\2 6010823/00390810

| 7 | 5/13/22 | Order Granting Stipulation Between the Trustee and the Responding Lenders Regarding Streamlined Motion Procedures | 985 | 243 |
|---|---|---|---|---|
| 8 | 6/16/22 | Trustee's Opening Brief in Support of Motion for Entry of Bar Order Against the Usurping Banks | 990 | 247 |
| 9 | 6/16/22 | Defrauded Lenders' Opening Brief in Opposition to Trustee's Motion for Entry of Bar Order and Sanctions for Violating the Automatic Stay | 991 | 248 |
| 10 | 6/16/22 | Declaration of Victor Noskov in Support of Defrauded Lenders' Opening Brief in Opposition to Trustee's Motion for Entry of Bar Order and Sanctions for Violating the Automatic Stay | 992 | 249 |
| 11 | 6/30/22 | Trustee's Reply Brief in Further Support of Motion for Entry of Bar Order Against the Usurping Banks | 994 | 250 |
| 12 | 6/30/22 | Defrauded Lenders' Reply Brief in Opposition to Trustee's Opening Brief in Support of the Trustee's Bar Motion | 995 | 251 |
| 13 | 6/30/22 | Declaration of Victor Noskov in Support of Defrauded Lenders' Reply Brief in Opposition to Trustee's Opening Brief in Support of the Trustee's Bar Motion | 996 | 252 |
| 14 | 6/30/22 | Virgo Parties' Reply to the Usurping Banks' Opening Brief in Opposition to Trustee's Motion for Entry of Bar Order and Sanctions for Violating the Automatic Stay | 997 | 253 |

**PLEASE TAKE FURTHER NOTICE** that in accordance with Rule 7007-4 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware and the Chambers Procedures of Judge John T. Dorsey this Notice of Completion of Briefing is being filed with hyperlinks for all of the above referenced relevant pleadings and after

filing a copy of the hyperlinked Notice of Completion of Briefing is being emailed to Chambers together with a .zip folder containing all relevant pleadings.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the stipulation between the Trustee and the Responding Lenders regarding streamlined motion procedures [Docket No. 984; Adv. Docket No. 242], the Trustee and the Defrauded Lenders agreed to request oral argument and therefore respectfully request the Court schedule oral argument on the Motion.

Dated: July 14, 2022

Respectfully submitted,

| | |
|---|---|
| */s/ John T. Carroll, III* | */s/ L. Katherine Good* |
| John T. Carroll, III (No. 4060) | L. Katherine Good (No. 5101) |
| **COZEN O'CONNOR** | **POTTER ANDERSON & CORROON LLP** |
| 1201 N. Market Street, Suite 1001 | 1313 N. Market Street, 6th Floor |
| Wilmington, Delaware 19801 | Wilmington, Delaware 19801 |
| Telephone: (302) 295-2028 | Telephone: (302) 984-6000 |
| Facsimile: (215) 701-2140 | Facsimile: (302) 658-1192 |
| Email: jcarroll@cozen.com | Email: kgood@potteranderson.com |
| | |
| -and- | - and - |
| | |
| Steven M. Coren, Esq. | Victor Noskov (pro hac vice) |
| **KAUFMAN, COREN & RESS, P.C.** | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** |
| Two Commerce Square | 51 Madison Avenue, 22nd Floor |
| 2001 Market Street, Suite 3900 | New York, New York 10010 |
| Philadelphia, Pennsylvania 19103 | Telephone: (212) 849-7000 |
| Telephone: (215) 735-8700 | Facsimile: (212) 849-7100 |
| Facsimile: (215) 735-5170 | Email: victornoskov@quinnemanuel.com |
| Email: SCoren@kcr-law.com | |
| | |
| *Counsel for George L. Miller, in his capacity as Chapter 7 Trustee for the jointly administered bankruptcy estates of Our Alchemy, LLC and Anderson Digital, LLC* | *Counsel for Defrauded Lenders* |