# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| OUR ALCHEMY, LLC, *et al.*[1] | Case No. 16-11596 (JTD) |
| Debtors. | (Jointly Administered) |

## AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON SEPTEMBER 21, 2022 AT 1:00 P.M. (ET)

## HEARING WILL BE IN PERSON 5TH FLOOR - COURTROOM NO. 5 AND ALSO VIA ZOOM

> You are invited to a ZoomGov meeting
>
> TOPIC: Our Alchemy, LLC, Case No. 16-11596; Adv. No. 18-50633
>
> When: September 21, 2022 at 1:00 p.m. Eastern Time (US and Canada)
>
> Hearing participants must register in advance for this hearing via the following link:
>
> https://debuscourts.zoomgov.com/meeting/register/vJIsd-ipqTItEk--loxrUWX1FBVqJD7Sn8M
>
> **COURTCALL WILL NOT BE USED FOR THIS HEARING**

**CONTESTED MATTERS GOING FORWARD:**

1. Oral Argument Regarding Trustee's Motion for Entry of Bar Order and Sanctions for Violating the Automatic Stay Against the Usurping Banks filed by George L. Miller, Trustee
   [Filed 12/17/2021; Docket No. 957] [Adv. Docket No. 214] (Adv. No. 18-50633)

   Related Documents:
   
   (a) Proposed Order
   
   (b) Order Granting Stipulation Between the Trustee and the Responding Lenders Regarding Streamlined Motion Procedures
   [Filed 5/13/2022; Docket No. 985] [ Adv. Docket No. 243]
   
   (c) Order Scheduling Oral Argument
   [Filed 8/8/2022; Adv. Docket No. 256]

---

[1] The Debtors are: Our Alchemy, LLC, Case No. 16-11596 and Anderson Digital, LLC, Case No. 16-11597.
[2] Amended to include Zoom Hearing Link.

Objection Deadline: January 14, 2022 at 4:00 p.m.

Responses Received:

(d) Defrauded Lenders' Preliminary Objection to Trustee's Motion for Entry of Bar Order and Sanctions for Violating the Automatic Stay
[Filed 1/14/2022; Adv. Docket No. 220]

(e) Declaration of Victor Noskov in Support of Defrauded Lenders' Preliminary Objection to Trustee's Motion for Entry of Bar Order and Sanctions for Violating the Automatic Stay
[Filed 1/14/2022; Adv. Docket No. 221]

(f) Virgo Parties (A) Partial Joinder to Trustee's Motion for Entry of Bar Order and Sanctions for Violating the Automatic Stay Against the Usurping Banks; and (B) Response to the Usurping Bank's Preliminary Objection to Trustee's Motion for Entry of Bar Order and Sanctions for Violating the Automatic Stay
[Filed 5/11/2022; Docket No. 982] [Adv. Docket No. 239]

(g) Declaration of Andrea L. Kim in Support of Virgo Parties (A) Partial Joinder to Trustee's Motion for Entry of Bar Order and Sanctions for Violating the Automatic Stay Against the Usurping Banks; and (B) Response to the Usurping Banks' Preliminary Objection to Trustee's Motion for Entry of Bar Order And Sanctions for Violating the Automatic Stay
[Filed 5/11/2022; Docket No. 983] [Adv. Docket No. 240]

(h) Trustee's Opening Brief in Support of Motion for Entry of Bar Order Against the Usurping Banks
[Filed 6/16/2022; Docket No. 990] [Adv. Docket No. 247]

(i) Defrauded Lenders' Opening Brief in Opposition to Trustee's Motion for Entry of Bar Order and Sanctions for Violating the Automatic Stay
[Filed 6/16/2022; Docket No. 991] [Adv. Docket No. 248]

(j) Declaration of Victor Noskov in Support of Defrauded Lenders' Opening Brief in Opposition to Trustee's Motion for Entry of Bar Order and Sanctions for Violating the Automatic Stay
[Filed 6/16/2022; Docket No. 992] [Adv. Docket No. 249]

(k) Trustee's Reply Brief in Further Support of Motion for Entry of Bar Order Against the Usurping Banks
Filed 6/30/2022; Docket No. 994] [ Adv. Docket No. 250]

(l) Defrauded Lenders' Reply Brief in Opposition to Trustee's Opening Brief in Support of the Trustee's Bar Motion
[Filed 6/30/2022; Docket No. 995] [Adv. Docket No. 251]

(m) Declaration of Victor Noskov in Support of Defrauded Lenders' Reply Brief in Opposition to Trustee's Opening Brief in Support of the Trustee's Bar Motion
[Filed 6/30/2022; Docket No. 996] [Adv. Docket No. 252]

(n) Virgo Parties' Reply to the Usurping Banks' Opening Brief in Opposition to Trustee's Motion for Entry of Bar Order and Sanctions for Violating the Automatic Stay
[Filed 6/30/2022; Docket No. 997] [ Adv. Docket No. 253]

(o) Notice of Completion of Briefing Regarding Trustee's Motion for Entry of Bar Order and Sanctions for Violating the Automatic Stay Against the Usurping Banks
[Filed 7/14/2022; Docket No. 1001] [ Adv. Docket No. 254]

Status: This matter is going forward.

Dated: September 19, 2022
Wilmington, DE

COZEN O'CONNOR

By: */s/ John T. Carroll, III*

John T. Carroll, III (DE No. 4060)
1201 N. Market Street
Suite 1001
Wilmington, DE 19801
(302) 295-2028 Phone
(302) 295-2013 Fax No.
jcarroll@cozen.com

*Counsel to George L. Miller, Chapter 7 Trustee*

3