**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>OUR ALCHEMY, LLC, *et al.*,[1]<br><br>*Debtors*. | Chapter 7<br><br>Case No. 16-11596-JTD<br><br>Jointly Administered |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee for the jointly administered bankruptcy estates of Our Alchemy, LLC and Anderson Digital, LLC,<br><br>*Plaintiff*,<br>v.<br><br>ANCONNECT, LLC, *et al.*,<br><br>*Defendants*. | Adv. Pro. No. 18-50633-JTD<br><br>Related Doc. Nos. 171, 201, 246 |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee for the jointly administered bankruptcy estates of Our Alchemy, LLC and Anderson Digital, LLC,<br><br>*Plaintiff*,<br>v.<br><br>ANDERSON MEDIA CORPORATION, *et al.*,<br><br>*Defendants*. | Adv. Pro No. 21-51420-JTD<br><br>Related Doc No. 30 |

**CERTIFICATION OF COUNSEL REGARDING**
**MODIFIED SCHEDULING ORDERS**

I, John T. Carroll, III, counsel for Plaintiff, George L. Miller, in his capacity as Chapter 7 Trustee (the "Trustee" or "Plaintiff") for the jointly administered bankruptcy estates of Our

[1] The Debtors are: Our Alchemy, LLC, Case No. 16-11596 and Anderson Digital, LLC, Case No. 16-11597.



LEGAL\60137305\2

Alchemy, LLC and Anderson Digital, LLC (the "Estates" or "Debtors") hereby certify that the Trustee and the Answering Defendants in the above-captioned adversary proceedings as identified below (the "Adversary Proceedings") have agreed subject to this Court's approval to a modified scheduling order for the disposition of the Adversary Proceedings and hereby certify as follows:

1. The Trustee along with ANConnect, LLC, Anderson Merchandisers, LLC, Anderson Media Corporation, and Anderson Management Services, Inc. (the "Answering Defendants" and, collectively with the Trustee, the "Parties"), request entry of orders pursuant to rule 7016 of the Federal Rules of Bankruptcy Procedure to amend the scheduling orders to extend certain dates for pre-trial proceedings in two adversary proceedings before this Court: *Miller v. ANConnect, et al.*, Bankr. D. Del. Adv. No. 18-50633-JTD (the "First Adversary Proceeding") and *Miller v. Anderson Media Corporation, et al.*, 21-51420-JTD (the "Second Adversary Proceeding").

2. On December 4, 2020, this Court entered an Order setting pretrial scheduling deadlines in the First Adversary Proceeding (D.I. 171).

3. The scheduling order in the First Adversary Proceeding was modified twice, first on June 7, 2021, to allow for a private mediation of the First Adversary Proceeding (D.I. 201), and later, after a settlement was reached with some but not all defendants at the mediation, on June 1, 2022 (D.I. 246).

4. On August 31, 2022, this Court entered an Order setting pretrial scheduling deadlines for the Second Adversary Proceeding (D.I. 30) which were identical to those set forth in the operative scheduling order in the First Adversary Proceeding.

5. While the Parties have been diligently working to complete discovery in both Adversary Proceedings among themselves and with third parties, they agree that some additional

time is reasonably needed to adequately complete fact discovery within the currently operative scheduling deadlines. Accordingly, they respectfully request if acceptable to the Court that the Court enter the Orders in the proposed form attached hereto as Exhibit "A" and Exhibit "B" at the Court's earliest convenience.

Dated: October 27, 2022

**COZEN O'CONNOR**

*/s/ John T. Carroll, III*
John T. Carroll, III (DE Bar No. 4060)
1201 North Market Street
Suite 1001
Wilmington, DE 19801
Tel: (302) 295-2028
Fax: (302) 295-2013
jcarroll@cozen.com

-and-

**KAUFMAN, COREN & RESS, P.C.**
Steven M. Coren, Esq.
Benjamin M. Mather, Esq.
Andrew J. Belli, Esq.
Two Commerce Square
2001 Market Street, Suite 3900
Philadelphia, PA 19103
Tel: (215) 735-8700
Fax: (215) 735-5170
scoren@kcr-law.com
bmather@kcr-law.com
abelli@kcr-law.com

*Counsel for Plaintiff*
*George L. Miller, Ch. 7 Trustee*