# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| OUR ALCHEMY, LLC, *et al.*, | Case No. 16-11596-JTD |
| *Debtors*. | Jointly Administered |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee for the jointly administered bankruptcy estates of Our Alchemy, LLC and Anderson Digital, LLC, | Adv. Pro. No. 18-50633-JTD |
| | Related Doc. Nos. 171, 265 |
| *Plaintiff*, v. | |
| ANCONNECT, LLC, *et al.*, | |
| *Defendants*. | |

## ORDER MODIFYING SCHEDULING ORDER

Upon consideration of the Certification of Counsel Regarding Modified Scheduling Order, it is hereby

ORDERED and DECREED that the dates and deadlines set forth in the December 4, 2020 Scheduling Order [D.I. 171] are modified as follows, with all other provisions of the Scheduling Order to remain in effect:

1. All fact discovery in this matter shall be initiated so that it will be completed on or before March 14, 2023.

2. For the party who has the initial burden of proof on the subject matter, the initial Federal Rule 26(a)(2) disclosure of expert testimony is due on or before April 16, 2023. The supplemental disclosure to contradict or rebut evidence on the same matter identified by another party is due on or before May 16, 2023. Reply expert reports from the party with the initial burden

of proof are due on or before June 16, 2023. No other expert reports will be permitted without either the consent of all parties or leave of the Court. Along with the submissions of the expert reports, the parties shall advise of the dates and times of their experts' availability for deposition. All expert depositions shall be completed on or before July 14, 2023.

3. All case dispositive motions, an opening brief, and affidavits, if any, in support of the motion shall be served and filed on or before August 15, 2023. Answering briefs and accompanying affidavits shall be served and filed on or before September 15, 2023. Reply briefs and accompanying affidavits shall be served and filed on or before October 14, 2023.

**Dated: October 28th, 2022**
**Wilmington, Delaware**

**JOHN T. DORSEY**
**UNITED STATES BANKRUPTCY JUDGE**

LEGAL\60137305\2