# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>OUR ALCHEMY, LLC, *et al.*,<br><br>*Debtors*.[1] | Chapter 7<br><br>Case No. 16-11596-JTD<br><br>(Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee for the jointly administered bankruptcy estates of Our Alchemy, LLC and Anderson Digital, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>ANCONNECT, LLC, *et al.*,<br><br>*Defendants*. | Adv. Pro. No. 18-50633-JTD |

**DECLARATION OF ANDREA L. KIM IN SUPPORT OF
VIRGO PARTIES' OBJECTION TO LENDERS' (i) MOTION TO
AMEND AND SUPPLEMENT THE COURT'S OCTOBER 13, 2022 ORDER
PURSUANT TO CIVIL RULES 52(b), 59(e), AND 60 AND (ii) EMERGENCY
MOTION TO EXPEDITE MOTION TO AMEND AND SUPPLEMENT**

I, Andrea L. Kim, declare as follows:

1. I am a Partner in the law firm of Daniels & Tredennick, PLLC ("<u>Daniels & Tredennick</u>"). Daniels & Tredennick represents Virgo Investment Group, LLC, Virgo Societas Partners, LLC, Virgo Societas Partnership III (Onshore), L.P. Virgo Societas Partnership III (Offshore), L.P., Virgo Services Company, LLC, Jesse Watson and Mark Perez (collectively, the "<u>Virgo Parties</u>"),[2] in connection with the above-captioned bankruptcy cases commenced by Our Alchemy, LLC ("<u>Alchemy</u>") and Anderson Digital, LLC (collectively, the "<u>Debtors</u>"). I submit

---

[1] The Debtors in these chapter 7 cases are Our Alchemy, LLC, Case No. 16-11596 and Anderson Digital, LLC, Case No. 16-11597.

[2] Capitalized terms not defined herein shall have the meaning ascribed to them in the Objection.

{00034116. }

this declaration in support of the *Virgo Parties' Objection to Lenders' Motion to Amend and Supplement the Court's October 13, 2022 Order Pursuant to Rules 52(b), 59(e), and 60* (the "Objection").

2. Attached hereto as Exhibit 1 is a true and correct copy of a certified transcript of the Appellate Hearing held on November 2, 2022, in the appeal entitled *Emigrant Bank, et al. v. Virgo Investment Group, LLC, et al.*, Appeal No. 2022-01054. The certified transcript of the Appellate Hearing was prepared by Veritext Legal Solutions on November 4, 2022.

3. Attached hereto as Exhibit 2 is a true and correct copy of the transcript from the hearing on the Bar Motion filed by Trustee that was held on September 21, 2022.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information and belief.

Executed on November 10, 2022.

*/s/ Andrea L. Kim*
Andrea L. Kim
