## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| OUR ALCHEMY, LLC, *et al.*, | Case No. 16-11596 (JTD) |
| Debtors. | (Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee for the jointly administered bankruptcy estates of Our Alchemy, LLC and Anderson Digital, LLC, | |
| *Plaintiff*, | Adv. Pro. No. 18-50633 (JTD) |
| v. | |
| ANCONNECT, LLC, *et al.*, | |
| *Defendants.* | |

### DECLARATION OF VICTOR NOSKOV IN SUPPORT OF THE REPLY TO TRUSTEE'S BRIEF IN OPPOSITION TO LENDERS' MOTION TO AMEND AND SUPPLEMENT THE COURT'S OCTOBER 13, 2022 ORDER

I, Victor Noskov, declare as follows:

1.      I am Partner in the law firm of Quinn, Emanuel, Urquhart & Sullivan LLP ("QEUS").  QEUS represents Emigrant Bank ("Emigrant") and Pacific Mercantile Bank ("PMB" and, together with Emigrant, the "Defrauded Lenders") in connection with the above-captioned bankruptcy cases commenced by Our Alchemy, LLC ("Alchemy") and Anderson Digital, LLC (together with Alchemy, the "Debtors").  I submit this declaration in support of the *Reply to the*

*Trustee's Brief in Opposition to Lenders' Motion to amend and Supplement the Court's October 13, 2022 Order* (the "Reply"). [1]

2.      Attached hereto as **<u>Exhibit A</u>** is a true and correct copy of the transcript from the November 2 Hearing in New York State Court.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information, and belief.

Executed on November 14, 2022.

*/s/ Victor Noskov*
Victor Noskov

---

[1]      Each capitalized term not defined herein shall have the meaning given to it in the Reply.