UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>OUR ALCHEMY, LLC, *et al.*,<br><br>    Debtors.<br><br>―――――――――――――――――――<br><br>GEORGE L MILLER In His Capacity as Chapter 7 Trustee for the jointly administered bankruptcy estates of Our Alchemy, LLC and Anderson Digital, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>ANCONNECT, LLC; *et. al.*<br><br>    Defendants. | Chapter 7<br><br>Case No. 16-11596-(JTD)<br>Jointly Administered<br><br><br><br>Adv. Proc. No. 18-50633 (JTD) |

**ANCONNECT, LLC'S RENEWED MOTION FOR PARTIAL SUMMARY JUDGMENT ON COUNTS I, II, III, AND V OF THE TRUSTEE'S COMPLAINT**

ANConnect, LLC ("ANC") hereby files this Renewed Motion for Partial Summary Judgment on Counts I, II, III, and V of the Trustee's Complaint ("Motion") filed in the above-captioned adversary proceeding by Plaintiff, George L. Miller, in his capacity as Chapter 7 Trustee ("Trustee" or "Plaintiff") for the jointly administered bankruptcy estates of Our Alchemy, LLC ("Alchemy") and Anderson Digital, LLC ("Digital") (collectively, "Debtors"). This Motion is filed pursuant to Rule 56 of the Federal Rules of Civil Procedure and incorporated herein by Rule 7056 of the Federal Rules of Bankruptcy Procedure. The Brief in Support of the Renewed Motion for Partial Summary Judgment on Counts I, II, III, and V of the Trustee's Complaint ("Brief in

1

161446322v1

Support"), filed contemporaneously herewith, is filed in accordance with Del. Bankr. L.R. 7007-1 and 7007-2.

For the reasons set forth in the Brief in Support, ANC requests that this Court grant its motion on Counts I, II, III, and V of the Trustee's Complaint, and that ANC be granted such other and further relief as is just and appropriate.

| | |
|---|---|
| Dated: August 11, 2023<br>Wilmington, DE | **TROUTMAN PEPPER HAMILTON SANDERS LLP**<br><br>/s/ Evelyn J. Meltzer<br>Evelyn J. Meltzer (DE No. 4581)<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>P.O. Box 1709<br>Wilmington, Delaware 19899-1709<br>Telephone: (302)-777-6532<br>Facsimile: (302)-421-8390<br>evelyn.meltzer@troutman.com<br><br>**HUNGELING RUBENFIELD LAW**<br><br>David J. Hungeling (*Admitted Pro Hac Vice*)<br>Georgia State Bar No. 378417<br>Peachtree 25th, Suite 599<br>1718 Peachtree Street<br>Atlanta, Georgia 30309<br>Telephone: (404) 574-2466<br>Facsimile: (404) 574-2467<br>david@hungelinglaw.com<br><br>*Counsel for Defendant ANConnect, LLC* |