UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: )<br>)<br>OUR ALCHEMY, LLC, *et al.*, )<br>)<br>Debtors. )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>_____ )<br>)<br>GEORGE L MILLER In His Capacity as )<br>Chapter 7 Trustee for the jointly administered )<br>bankruptcy estates of Our Alchemy, LLC and )<br>Anderson Digital, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ANCONNECT, LLC; *et. al.* )<br>)<br>Defendants. )<br>) | Chapter 7<br><br>Case No. 16-11596-(JTD)<br>Jointly Administered<br><br><br><br><br><br>Adv. Proc. No. 18-50633 (JTD) |

**NOTICE OF FILING OF MARCH 2, 2023**
**DEPOSITION TRANSCRIPT OF MATTHEW ROWAND**

**PLEASE TAKE NOTICE** that counsel for ANConnect, LLC (the "Defendant"), hereby files the deposition transcript of Matthew Rowand of Truist Bank, which deposition was taken March 2, 2023 (the "Rowand Deposition"). A copy of the Rowand Deposition is attached hereto as **Exhibit 1**.

161439075v1

-2-

Dated: August 14, 2023
Wilmington, DE

**HUNGELING RUBENFIELD LAW**

*/s/ David J. Hungeling*
David J. Hungeling (*Admitted Pro Hac Vice*)
Georgia State Bar No. 378417
Peachtree 25th, Suite 599
1718 Peachtree Street
Atlanta, Georgia 30309
Telephone: (404) 574-2466
Facsimile: (404) 574-2467
david@hungelinglaw.com

*Counsel for Defendant ANConnect, LLC*

161439075v1