UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| IN RE: ) ) OUR ALCHEMY, LLC, *et al.*, ) )   Debtors. ) ) | Chapter 7 <br><br> Case No. 16-11596-(JTD) |
| GEORGE L. MILLER, as Chapter 7 Trustee, ) )   Plaintiff, ) ) v. ) ) ANCONNECT, LLC, *et al.*, ) )   Defendants. ) | Adv. Proc. No. 18-50633-(JTD) <br><br> **Re: Adv. D.I. Nos. 284 and 310** |
| GEORGE L. MILLER, as Chapter 7 Trustee, ) )   Plaintiff, ) ) v. ) ) ANDERSON MEDIA CORP., *et al.*, ) )   Defendants. ) | Adv. Proc. No. 21-51420-(JTD) <br><br> **Re: Adv. D.I. 40** |

### ORDER SCHEDULING ORAL ARGUMENT

The parties in the above-captioned adversary proceedings have filed multiple motions for summary judgment: D.I. Nos. 28 and 310 in Case No. 18-50633, and D.I. 40 in Case No. 21-51420 (collectively, the "Motions"). The Court has scheduled combined oral argument on the

Motions for January 16, 2024, at 1:00 p.m.  Argument will be held in-person, in Courtroom 5 of the United States Bankruptcy Court, Wilmington, Delaware.

Oral argument is scheduled for two hours with one hour allotted per side.

Dated: November 27th, 2023
Wilmington, Delaware

JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE