IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re | : | Chapter 7 |
|  | : |  |
| OUR ALCHEMY, LLC, *et al.*,[1] | : | Case No. 16-11596-MFW |
|  | : | Jointly Administered |
| Debtors. | : |  |
|  | : |  |
| GEORGE L. MILLER, Chapter 7 Trustee for the jointly administered bankruptcy estates of Our Alchemy, LLC and Anderson Digital, LLC, | : : : : | Adv. Proc. No. 18-50633-MFW |
|  | : |  |
| Plaintiff, | : |  |
|  | : |  |
| v. | : |  |
|  | : |  |
| ANCONNECT, LLC, *et al.*, | : |  |
|  | : |  |
| Defendants. | : |  |

## STIPULATION CONCERNING AMENDMENT OF PLAINTIFF'S COMPLAINT

Plaintiff, George L. Miller, in his capacity as Chapter 7 Trustee for the jointly administered bankruptcy estates of Our Alchemy, LLC and Anderson Digital, LLC (the "Plaintiff" or the "Trustee"), and Defendants ANConnect, LLC and Anderson Merchandisers, LLC (the "Anderson Defendants," and, together with the Plaintiff, the "Parties"), by and through their respective counsel, stipulate and agree in accordance with Federal Rule of Civil Procedure 15(a)(2) as follows:

---

[1] The Debtors are: Our Alchemy, LLC, Case No. 16-11596 and Anderson Digital, LLC, Case No. 16-11597.

1

1. The Parties stipulate and agree that Trustee's Complaint (Adv. D.I. 1) is amended to withdraw with prejudice all claims against the Anderson Defendants except for the following claims, which are preserved for trial:

    a. Claim #4 (11 U.S.C. § 547(b) preference and recovery pursuant to 11 U.S.C. § 550) – proceed against Anderson Merchandisers, LLC concerning $3,208,314 preferential transfer from Alchemy to Anderson Merchandisers;

    b. Claim #9 (breach of contract) – proceed against ANConnect, LLC concerning accounts receivable which ANConnect, LLC failed to remit to Alchemy pursuant to the Transition Services Agreement; and

    c. Claim #10 (turnover) – proceed against ANConnect, LLC concerning $6,047,325 of Alchemy accounts receivable.

Stipulated and agreed to this 9th day of June, 2025.

| | |
|---|---|
| **TROUTMAN PEPPER LOCKE** | **COZEN O'CONNOR** |
| /s/ *Evelyn J. Meltzer* | /s/ *John T. Carroll, III* |
| Evelyn J. Meltzer (DE No. 4581) | John T. Carroll, III (DE No. 4060) |
| 1313 N. Market Street, Suite 1000 | 1201 North Market Street, Suite 1001 |
| P.O. Box 1709 | Wilmington, DE 19801 |
| Wilmington, DE 19801 | Tel: (302) 295-2028 |
| Tel: (302) 777-6532 | jcarroll@cozen.com |
| Evelyn.meltzer@troutman.com | |
| | - and - |
| - and - | |
| | Steven M. Coren (Admitted *pro hac vice*) |
| David J. Hungeling | Andrew J. Belli (Admitted *pro hac vice*) |
| Adam S. Rubenfield | **COREN & RESS, P.C.** |
| **HUNGELING RUBENFIELD LAW** | Two Commerce Square, Suite 3900 |
| 1718 Peachtree St. Ste. 599 | 2001 Market Street |
| Atlanta, GA 30309 | Philadelphia, PA 19103 |
| Telephone: (404) 574-2466 | Tel: (215) 735-8700 |
| david@hungelinglaw.com | scoren@kcr-law.com |
| adam@hungelinglaw.com | abelli@kcr-law.com |
| *Counsel for Defendants ANConnect, LLC and Anderson Merchandisers* | |
| | *Counsel for Plaintiff* |
| | *George L. Miller, Chapter 7 Trustee* |