IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 7 |
| | : | |
| OUR ALCHEMY, LLC, *et al.*, | : | Case No. 16-11596-MFW |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |
| GEORGE L. MILLER, Chapter 7 Trustee for the jointly administered bankruptcy estates of Our Alchemy, LLC and Anderson Digital, LLC, | : | Adv. Proc. No. 18-50633-MFW |
| | : | |
| Plaintiff, | : | **Related to Adv. D.I. 338, 339** |
| | : | |
| v. | : | |
| | : | |
| ANCONNECT, LLC, *et al.*, | : | |
| | : | |
| Defendants. | : | |

**ORDER CONCERNING MOTION TO STRIKE
PLAINTIFF'S WITHDRAWAL OF JURY DEMAND AND
CONSENT TO ENTRY OF FINAL JUDGMENT BY THE BANKRUPTCY COURT**

Upon consideration of the parties' agreement with respect to the filing and briefing of the Anderson Defendants' Motion to Strike Plaintiff's Withdrawal of Jury Demand and Consent to Entry of Final Judgment by the Bankruptcy Court (the "Motion to Strike"), the following filing and briefing deadlines shall apply:

    a.    The Anderson Defendants shall file their Motion to Strike on or before July 1, 2025;

    b.    The Trustee's opposition to the Motion to Stike shall be filed on or before July 31, 2025;

   c.  The Anderson Defendants may file a reply in further support of their Motion to Strike on or before August 18, 2025.

|  |  |
|---|---|
| **Dated: June 23rd, 2025**<br>**Wilmington, Delaware** | **MARY F. WALRATH**<br>**UNITED STATES BANKRUPTCY JUDGE** |

2

LEGAL\78558582\2 6010823/00390810