**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| OUR ALCHEMY, LLC, et al. | ) | CASE No. 16-11596 (MFW) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| GEORGE L MILLER in his capacity as Chapter 7 Trustee for the jointly administered bankruptcy estates of Our Alchemy, LLC, and Anderson Digital, LLC | ) ) ) ) ) ) | |
| | ) | |
| Plaintiffs, | ) | Adv. No. 18-50633 (MFW) |
| | ) | |
| v. | ) | |
| | ) | |
| ANConnect, LLC, et al. | ) | |
| | ) | Rel. Docs. 338, 341, 342, |
| Defendants. | ) | 343, 345, 346 |
| | ) | |

**O R D E R**


**AND NOW** this **12th** day of **NOVEMBER, 2025,** upon consideration of the Defendants' Motion to Strike the Plaintiff's Notice of Withdrawal of Trustee's Demand for Jury Trial, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the Defendants' Motion to Strike the Plaintiff's Notice of Trustee's Withdrawal of Demand for Jury Trial is hereby **DENIED.**

BY THE COURT:

Mary F. Walrath
United States Bankruptcy Judge