**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>OUR ALCHEMY, LLC, *et al.*, [1]<br><br>*Debtors*. | Chapter 7<br><br>Case No. 16-11596 (MFW)<br>(Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee for the jointly administered bankruptcy estates of Our Alchemy, LLC and Anderson Digital, LLC,<br><br>*Plaintiff*,<br>v.<br><br>ANCONNECT, LLC, *et al.*,<br><br>*Defendants*. | Adv. Pro. No. 18-50633 (MFW)<br><br>Related Doc. No. 351 |

**ORDER**

Upon consideration of the agreed pretrial schedule submitted by Plaintiff, George L. Miller, in his capacity as Chapter 7 Trustee for the jointly administered bankruptcy estates of Our Alchemy, LLC and Anderson Digital, LLC, and Defendants, ANConnect, LLC and Anderson Merchandisers, LLC, in connection with the May 13, 2026 status conference, and the Court having reviewed the proposed schedule;

**IT IS HEREBY ORDERED THAT**:

1.      On or before June 9, 2026, Plaintiff shall transmit its portion of the pretrial order to Defendants;

2.      On or before June 19, 2026, Defendants shall add their portion of the pretrial order and transmit the consolidated draft back to Plaintiff;

---

[1] The Debtors are: Our Alchemy, LLC, Case No. 16-11596 and Anderson Digital, LLC, Case No. 16-11597.

1

3.      On or before June 30, 2026, the Parties shall file the consolidated pretrial order, including stipulated facts;

4.      On or before July 31, 2026, the Parties shall file pretrial briefs;

5.      The final pretrial hearing shall be held on August 26, 2026 at 2:00 p.m. (ET);

6.      On or before August 25, 2026, the Parties shall submit exhibit binders pursuant to the Court's procedures; and

7.      Trial in the above-captioned adversary proceeding is scheduled for September 1, 2026 and September 2, 2026, beginning at 10:00 a.m. (ET) each day.

**Dated: May 13th, 2026**
**Wilmington, Delaware**

**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**

2