**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>OUR ALCHEMY, LLC, *et al.*, [1]<br><br>    *Debtors*. | Chapter 7<br><br>Case No. 16-11596 (MFW)<br>(Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee for the jointly administered bankruptcy estates of Our Alchemy, LLC and Anderson Digital, LLC,<br><br>    *Plaintiff*,<br><br>v.<br><br>ANCONNECT, LLC, *et al.*,<br><br>    *Defendants*. | Adv. Pro. No. 18-50633 (MFW)<br><br>Related Doc. No. 352 |

**ORDER**

Upon consideration of the pretrial schedule agreed to by Plaintiff, George L. Miller, in his capacity as Chapter 7 Trustee for the jointly administered bankruptcy estates of Our Alchemy, LLC and Anderson Digital, LLC, and Defendants, ANConnect, LLC and Anderson Merchandisers, LLC, and so ordered by this Court (Adv. D.I. 352, the "Pretrial Schedule Order"), and the parties agreeing to extend the deadline for filing a consolidated pretrial order;

**IT IS HEREBY ORDERED THAT**:

1. On or before July 10, 2026, the Parties shall file the consolidated pretrial order, including stipulated facts.

2. All other deadlines in the Pretrial Schedule Order remain in effect.

**Dated: June 30th, 2026
Wilmington, Delaware**

**MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE**

---

[1] The Debtors are: Our Alchemy, LLC, Case No. 16-11596 and Anderson Digital, LLC, Case No. 16-11597.

LEGAL\116364599\2